UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-cv-20712-RKA

PENINSULA PETROLEUM LIMITED,

        Plaintiff,

v.

CI INTERNATIONAL FUELS LLC,

        Defendant.

_____/

## NOTIFICATION OF NINETY DAYS EXPIRING

Plaintiff provides notice pursuant to Southern District of Florida Rule 7.1(b)(4) that the following motion has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days:

i. Motion. Defendant's Motion to Dismiss, Docket Entry 26, served and filed on May 31, 2022.

ii. Response. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, Docket Entry 29, served and filed on June 14, 2022.

iii. Reply. Defendant's Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, Docket Entry 31, served and filed on June 21, 2022.

iv. Hearing. No hearing on the motion has been set or held.

v. Timing. The ninety days from the completion of briefing expired on September 19, 2022.

**Dated: October 7, 2022**

1

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200   MIAMI, FLORIDA 33131   TELEPHONE: 305-379-3686   FACSIMILE: 305-379-3690

Respectfully submitted,

By:  /s/ Evan S. Gutwein
HAMILTON, MILLER, & BIRTHISEL LLP
Jerry D. Hamilton (FBN 970700)
jhamilton@hamiltonmillerlaw.com
Evan S. Gutwein (FBN 58741)
egutwein@hamiltonmillerlaw.com
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
(305) 379-3686 (telephone)
(305) 279-3690 (facsimile)
*Attorneys for Plaintiff*

-and-

ZEILER FLOYD ZADKOVICH (US) LLP
Luke Zadkovich, Esq.
Luke.zadkovich@zeilerfloydzad.com
(Admitted *Pro Hac Vice*)
Joseph Johnson, Esq.
joe.johnson@zeilerfloydzad.com
(Admitted *Pro Hac Vice*)
215 Park Avenue, 11th Floor
New York, NY 100003
(917) 375-9511

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2022 I electronically filed this document using the Court's CM/ECF system, which will automatically serve a copy on all counsel of record.

By: *Evan S. Gutwein*

| | |
|---|---|
| Fernando Franco<br>Counselor Franco, P.A.<br>1990 Sw 27th Ave 2nd Floor<br>Miami, FL 33145<br>(786)724-0900 (telephone)<br>(786)221-2407 (fax)<br>Service@francolawfirmpa.com<br><br>*Attorneys for Defendant* | HAMILTON, MILLER, & BIRTHISEL LLP<br>Evan S. Gutwein (FBN 58741)<br>egutwein@hamiltonmillerlaw.com<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 33131<br>(305) 379-3686 (telephone)<br>(305) 279-3690 (facsimile)<br><br>and<br><br>ZEILER FLOYD ZADKOVICH (US) LLP<br>Luke Zadkovich, Esq.<br>Luke.zadkovich@zeilerfloydzad.com<br>(Admitted *Pro Hac Vice*)<br>Joseph Johnson, Esq.<br>joe.johnson@zeilerfloydzad.com<br>(Admitted *Pro Hac Vice*)<br>215 Park Avenue, 11th Floor<br>New York, NY 100003<br>(917) 375-9511<br><br>*Attorneys for Plaintiff* |