UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-cv-20712-RKA

PENINSULA PETROLEUM LIMITED,

    Plaintiff,

v.

CI INTERNATIONAL FUELS LLC,

    Defendant.
_____/

**NOTICE OF APPEARANCE AND NOTICE OF DESIGNATING EMAIL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant CI INTERNATIONAL FUELS LLC.

Dated: November 21, 2022

    Respectfully submitted,

**SANCHEZ VADILLO, LLP**
11402 NW 41st Street, Suite 202
Doral, Florida 33178
Telephone: (305) 436-1410
Facsimile: (305) 436-0191

/s/  Lori Dilican
Lori Dilican, Esq.
Fla. Bar No.: 1004723

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the United States District Court of Southern District of Florida by using the CM/ECF system and that service will be accomplished by the CM/ECF system on Evan S. Gutwein, Esq., counsel for Pensinsula Petroleum LTD, at Email: egutwein@hamiltonmillerlaw.com on this 21st of November, 2022.

Respectfully submitted,

/s/ Lori Dilican
Lori Dilican, Esq.
Fla. Bar No.: 1004723