UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 2022-cv-20712-ALTMAN/Reid

PENINSULA PETROLEUM LIMITED,

      Plaintiff,

v.

CI INTERNATIONAL FUELS LLC,

      Defendant.          /

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, PENINSULA PETROLEUM LIMITED, pursuant to pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order dated November 30, 2022 [D.E. 43] identifies the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a. Peninsula Petroleum Limited
    b. CI International Fuels LLC
    c. Jaime Alberto Ochoa Munoz
    d. Maria Mercedez Roa
    e. Evan S. Gutwein, Esq.
    f. Hamilton, Miller, & Birthisel LLP
    g. Luke Zadkovich, Esq.
    h. Joseph Johnson, Esq.
    i. Zeiler Floyd Zadkovich (US) LLP

Any parent corporation and any publicly held corporation owning 10% or more of PENINSULA PETROLEUM LIMITED stock: There is no such corporation.

Dated: December 12, 2022

Respectfully submitted,

By: /s/ Evan S. Gutwein
HAMILTON, MILLER, & BIRTHISEL LLP
Jerry D. Hamilton (FBN 970700)
jhamilton@hamiltonmillerlaw.com
Evan S. Gutwein (FBN 58741)
egutwein@hamiltomillerlaw.com
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
(305) 379-3686 (telephone)
(305) 279-3690 (facsimile)
*Attorneys for Plaintiff*

-and-

ZEILER FLOYD ZADKOVICH (US) LLP
Luke Zadkovich, Esq.
luke.zadkovich@zeilerfloydzad.com
(Admitted *Pro Hac Vice*)
Joseph Johnson, Esq.
joe.johnson@zeilerfloydzad.com
(Admitted *Pro Hac Vice*)
215 Park Avenue, 11th Floor
New York, NY 100003
(917) 375-9511

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2022 I electronically filed this document using the Court's CM/ECF system, which will automatically serve a copy on all counsel of record.

By:     *Evan S. Gutwein*

| SANCHEZ VADILLO, LLP<br>Lori Dilican<br>ldilican@svlawus.com<br>11402 NW 41st St, Suite 202<br>Doral, Florida 44178<br>(305) 436-1410 (telephone)<br>(305) 436-0191 (facsimile)<br>***Attorneys for Defendant*** | HAMILTON, MILLER, & BIRTHISEL LLP<br>Evan S. Gutwein (FBN 58741)<br>egutwein@hamiltonmillerlaw.com<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 33131<br>(305) 379-3686 (telephone)<br>(305) 279-3690 (facsimile)<br><br>and<br><br>ZEILER FLOYD ZADKOVICH (US) LLP<br>Luke Zadkovich, Esq. |

|  | Luke.zadkovich@zeilerfloydzad.com <br> (Admitted *Pro Hac Vice*) <br> Joseph Johnson, Esq. <br> joe.johnson@zeilerfloydzad.com <br> (Admitted *Pro Hac Vice*) <br> 215 Park Avenue, 11th Floor <br> New York, NY 100003 <br> (917) 375-9511 <br><br> *Attorneys for Plaintiff* |
|---|---|