|          |                                                                 |
|----------|-----------------------------------------------------------------|
| **From:** | Gabriela Sanchez |
| **To:** | Gabriela Sanchez |
| **Subject:** | FW: Documentacion de los Barriles preciados durante Junio 2021 |
| **Date:** | Tuesday, March 8, 2022 6:42:42 AM |
| **Attachments:** | image005.png |
| | image001.png |
| | Jun21 C.I. International INV-10I175369.pdf |
| | C.I. International_STA-000025-20_INV-10I176206.pdf |
| | C.I. International__STA-000024-20_INV-10I176204.pdf |
| | C.I. International_STA-000024-20_INV-10I176202.pdf |
| | C.I. International_STA-000025-20_INV-10I176205.pdf |

**From:** Mauricio Perez Grosso <mpgrosso@peninsula360.com>
**Sent:** 22 June 2021 20:51
**To:** 'Jaime Alberto Ochoa Muñoz' <manager@ciinternationalfuels.com>; 'Natalia Garcia' <natalia.garcia@ciinternationalfuels.com>
**Subject:** Documentacion de los Barriles preciados durante Junio 2021

Jaime / Natalia

Adjunto aqui los documentos de acuerdo a lo confirmado mas abajo en mis correos anteriores

Para mejor Guia, les detallo los mismos
Fact 75369 y Fact 76202 – Volumen Preciado durante Junio con Vencimiento el 30 de Junio 2021
Fact 76204 y Fact 76205 – Volume Preciado de 3000mt con vencimiento el 30 de Julio 2021
FAct 76206 – Volumen preciado de 2969.73 mt con Vencimiento 31 de Agosto 2021

Quedo a la espera de vuestra confirmación y atento a cualquier consulta
Saludos
Mauricio



Imperium Building,
25 de Mayo 713, Office 612,
Montevideo,
11000

**Mauricio Perez Grosso**
Head of Reselling, Americas

T.   **+598 2903 3450**
M.  +598 9444 3996 / +1 713 518 9700
**mpgrosso@peninsula360.com**
www.peninsula360.com

**From:** Mauricio Perez Grosso
**Sent:** 22 June 2021 11:45
**To:** Jaime Alberto Ochoa Muñoz <manager@ciinternationalfuels.com>
**Subject:** FW: Nueva propuesta para los barriles sin preciar.



Imperium Building,
25 de Mayo 713, Office 612,
Montevideo,
11000

**Mauricio Perez Grosso**
Head of Reselling, Americas

T.   **+598 2903 3450**
M.  +598 9444 3996 / +1 713 518 9700
**mpgrosso@peninsula360.com**
www.peninsula360.com

**From:** Mauricio Perez Grosso
**Sent:** 17 June 2021 15:13
**To:** 'Jaime Alberto Ochoa Muñoz' <manager@ciinternationalfuels.com>
**Cc:** 'Natalia Garcia' <natalia.garcia@ciinternationalfuels.com>

**Subject:** RE: Nueva propuesta para los barriles sin preciar.

Jaime

Buenos dias Jaime
Segun lo conversado por teléfono y las acciones solicitadas, procedemos a tomar como valida la propuesta OPCION 1
Donde según acordado por teléfono se preciaron los lotes de la siguiente forma

1. Lote de 2000 mt preciado a USD 590 ( Valor del indicador Ice Gas oil)
2. Lote de 5969.73 mt preciado a USD 585 ( Valor del indicador Ice Gas oil)

En base a la propuesta de OPCION 1, Peninsula documentara estas transacciones de la siguiente forma

1. Factura final por 2000 mt  por USD 354.000 ( Resultante del diferencial entre el valor pago originalmente y la aplicación de la formula sobre el Valor de este lote ( USD 405-582=177 USD/MT) Esta factura tendrá una fecha de vencimiento el próximo  30 Junio 2021, Junto con la factura ya emitida por las 1000 mt preciadas el pasado 7 y 8 de Junio.(adjunta en este email)
2. Factura Final por 3000 mt por USD 516.000 ( Resultante del Diferencial entre el valor pago originalmente y la aplicación de la formula sobre el Valor de este lote ( USD 405-577=172 USD/MT) Esta Factura tendrá una fecha de vencimiento el próximo 30 Julio 2021
3. Factura Final por 2969.73 mt por USD 510.793,56 (Resultante del Diferencial entre el valor pago originalmente y la aplicación de la formula sobre el Valor de este lote ( USD 405-577=172 USD/MT) Esta Factura tendrá una fecha de vencimiento el próximo 31 Agosto 2021

Entre el día de mañana y el día Lunes estaremos enviando esta documentación para que puedan procesar las mismas.
Cualquier duda al respecto me dejas saber.
Saludos
Mauricio



Imperium Building,
25 de Mayo 713, Office 612,
Montevideo,
11000

**Mauricio Perez Grosso**
Head of Reselling, Americas

T.   **+598 2903 3450**
M.   +598 9444 3996 / +1 713 518 9700
**mpgrosso@peninsula360.com**
www.peninsula360.com

---

**From:** Mauricio Perez Grosso
**Sent:** 16 June 2021 17:12
**To:** Jaime Alberto Ochoa Muñoz <manager@ciinternationalfuels.com>
**Subject:** Nueva propuesta para los barriles sin preciar.

Jaime

Buenas tardes.
Siguiendo con la conversación de ayer y teniendo presente lo que teníamos acordado desde principio de Junio, de preciar lotes de 3000 mt a principio de cada mes por 3 meses, lo cual aun no se ha concretado para Junio.
Dado los diferentes factores del mercado, buscando lograr cumplir lo pactado y buscando alternativa a lo conversado ayer, te dejo aquí un par de opciones para tomar una de ellas.

OPCION 1

a. Preciar esta semana las 8000 mt restantes en el momento que el ICE Gas oil este sobre los USD 590 por mt
b. Facturar el Diferencial  de las 2000 mt de Junio con fecha 30 de Junio para su pago junto con las 1000 mt ya preciadas
c. Facturar el diferencial  de 3000 mt de Julio con fecha venc. 30 de Julio
d. Facturar el diferencial de 3000 mt de Agosto con fecha venc. 31 de Agosto.
e. En caso  que durante esta semana el ICE GAS OIL no llegue a los niveles del Punto a), CI  tendrá opción de preciar en lo que queda de Junio el volumen total. En Caso que el 30 de Junio no se haya preciado todo el volumen, Península Utilizara el valor de cierre según Platts de ese día para preciar el volumen que falte.

OPCION 2
a. Preciar entre hoy Miércoles 16 y el viernes 18 de Junio las 2000 mt de Junio al valor de ICE Gas Oil que corresponda al momento que CI quiera hacerlo, cualquier balance de este volumen sin preciar hasta el viernes 18 de Junio inclusive, Peninsula preciara  las toneladas al valor del Cierre del ICE Gas oil del día 21 de Junio.
b. Se facturará el diferencial de esas 2000 Toneladas con fecha venc. 30 de junio para ser pagas junto con las 1000 ya preciadas de Junio.
c. Preciar entre el 1 de Julio y el 28 de Julio 3000 toneladas al momento que CI quiera hacerlo al valor del ICE Gas Oil de ese momento en un lote solo o en varios lotes durante el periodo. Cualquier balance de este volumen sin preciar culminado el periodo, Peninsula preciara el mismo según el valor del cierre del ICE Gas oil de fecha 29 de Julio.
d. Se facturará el diferencial de esas 3000 toneladas con fecha de venc. 30 de Julio
e. Preciar entre el 2 de Agosto y  el 26 de Agosto las ultimas 3000 toneladas al momento que CI quiera hacerlo al valor del ICE GAS oil de ese momento en un lote solo o en varios lotes durante el periodo. Cualquier Balance de este volumen sin preciar culminado el periodo, Peninsula preciara el mismo según el valor del cierre del Ice Gas oil de fecha 27 de Agosto.
f. Se facturará el diferencial de esas 3000 toneladas con fecha de venc . 31 de Agosto.

La segunda opción es mas flexible en caso que el mercado tenga algún quiebre a la baja y tu puedas beneficiarte, AUNQUE esto no son los rumores actuales del mercado donde muchos dicen que el Brent puede llegar a los USd 100 por bbl en el corto plazo.

Cualquier duda al respecto me llamas y lo aclaramos. Pero creo intente ponerlo lo mas simple posible



Imperium Building,
25 de Mayo 713, Office 612,
Montevideo,
11000

**Mauricio Perez Grosso**
Head of Reselling, Americas

T.   **+598 2903 3450**
M.   +598 9444 3996 / +1 713 518 9700
**mpgrosso@peninsula360.com**
www.peninsula360.com

**From:** Mauricio Perez Grosso <mpgrosso@peninsula360.com>
**Sent:** 22 June 2021 20:51
**To:** 'Jaime Alberto Ochoa Muñoz' <manager@ciinternationalfuels.com>; 'Natalia Garcia' <natalia.garcia@ciinternationalfuels.com>
**Subject:** Documentation of the prized barrels during June 2021

Jaime / Natalie

I enclose here the documents according to what was confirmed below in my previous emails

For a better guide, I detailed them
Fact 75369 and Fact 76202 – Volume priced during June Due June 30, 2021
Fact 76204 and Fact 76205 – priced Volume of 3000mt due on July 30, 2021
Fact 76206 – priced Volume of 2969.73 mt due on  August 31, 2021

I await your confirmation and attentive to any questions
Cheers
Mauricio



**From:** Mauricio Perez Grosso
**Sent:** 17 June 2021 15:13
**To:** 'Jaime Alberto Ochoa Muñoz' <manager@ciinternationalfuels.com>
**Cc:** 'Natalia Garcia' <natalia.garcia@ciinternationalfuels.com>
**Subject:** RE: New proposal for unpriced barrels
James

good morning Jaime
According to what was discussed on the phone and the actions requested, we proceed to accept the OPTION 1 proposal as valid.
Where, as agreed by phone, the lots were priced as follows
1) Lot of 2000 mt valued at USD 590 (Value of the Ice Gas oil indicator)
2) Lot of 5969.73 mt valued at USD 585 (Value of the Ice Gas oil indicator)

Based on the proposal of OPCION 1, Peninsula will document these transactions as follows
1) Final invoice for 2000 mt for USD 354,000 (Resulting from the difference between the value originally paid and the application of the formula on the Value of this lot (USD 405-582=177 USD/MT) This invoice will have a due date of next June 30, 2021, together with the invoice already issued for the 1000 mt valued last June 7 and 8. (attached to this email)
2) Final Invoice for 3000 mt for USD 516,000 (Resulting from the Differential between the value originally paid and the application of the formula on the Value of this lot (USD 405-577=172 USD/MT) This Invoice will have a due date of next 30 July 2021
3) Final Invoice for 2969.73 mt for USD 510,793.56 (Resulting from the Differential between the value originally paid and the application of the formula on the Value of this lot (USD 405-577=172 USD/MT) This Invoice will have a date of due next August 31, 2021

Between tomorrow and Monday we will be sending this documentation so that they can process it.

Any questions about it let me know.
Cheers
Mauricio

**From:** Mauricio Perez Grosso
**Sent:** 16 June 2021 17:12
**To:** Jaime Alberto Ochoa Muñoz <manager@ciinternationalfuels.com>
**Subject:** New proposal for unpriced barrels.

James

Good afternoon.
Continuing with yesterday's conversation and taking into account what we had agreed since the beginning of June, to price lots of 3000 mt at the beginning of each month for 3 months, which has not yet been finalized for June.
Given the different factors of the market, seeking to comply with what was agreed and looking for an alternative to what was discussed yesterday, I leave you here a couple of options, to choose one of them.

OPTION 1

a) Price this week the remaining 8000 mt at the moment that ICE Gas oil is above USD 590 per mt
b) Invoice the Differential of the 2000 mt of June dated June 30 for payment together with the 1000 mt already valued
c) Invoice the differential of 3000 mt of July with the expiration date July 30
d) Invoice the differential of 3000 mt of August with the expiration date August 31.
e) In the event that during this week the ICE GAS OIL does not reach the levels in Point a), CI will have the option, for the remainder of June, of pricing the total volume. In the event that the entire volume has not been priced on June 30, Peninsula will use the closing value according to Platts of that day to price the missing volume.

OPTION 2
a) Price between today Wednesday 16 and Friday June 18 the 2000 mt of June at the value of ICE Gas Oil that corresponds to the moment that CI wants to do it, any balance of this volume without pricing until Friday June 18 inclusive, Peninsula will price tons at the Closing value of ICE Gas oil on June 21.
b) The differential of these 2000 Tons will be invoiced with an expiration date June 30, to be paid along with the 1000 already valued in June.
c) Price between July 1 and July 28 3000 tons at the time that CI wishes to do so at the value of ICE Gas Oil at that time, in a single lot or in several lots during the period. Any balance from this volume that remains unpriced at the end of the period, Peninsula will price it according to the closing value of ICE Gas Oil on July 29.
d) The differential of these 3000 tons will be invoiced with expiration date July 30

e) set the Price between August 2 and August 26 for the last 3000 tons at the time that CI wishes to do so at the value of ICE GAS oil at that time in a single batch or in several batches during the period. Any balance from this volume that remains unpriced at the end of the period, Peninsula will price it according to the closing value of ICE Gas Oil on August 27.
f) The differential of these 3000 tons will be invoiced with expiration date August 31.

The second option is more flexible in case the market has a downward break and you could benefit, ALTHOUGH this is not the current market rumors where many say that Brent can reach USd 100 per bbl in the short term.

If there is any questions about it, call me and we can clarify it. But I think I tried to make it as simple as possible.

I, Gian Taylor, hereby certify, under penalty of perjury under the laws of the United States of America, that the foregoing document is my correct and complete translation of the preceding emails from Spanish to English.

_____

Gian Taylor

Dated: June 10, 2022

Panama City, Panama



Peninsula Petroleum Limited
2 Shelbourne Buildings, Shelbourne Road, Ballsbridge, Dublin 4, Ireland,
Tel : +353 1 668 7330,  Fax : +353 1 668 7331,
Email : dublin@peninsula360.com

www.peninsula360.com

**MESSRS**  **C.I. International Fuels LLC**                             Invoice No :  **10I175369**

5201 Blue Lagooon Dirve 8th Floor ,                                       Date :  **11 June 2021**
Miami,
FL 33126,
United States

And/or master and/or owner of MV     **Ark**

| | | | | | |
|---|---|---|---|---|---|
| Vessel Name : | **Ark** | | | | |
| Reference : | **STA-000024-20** | | | | |
| Barge Name : | **Sales-Statia Storage** | | | | |
| Delivery Date : | **17 December 2020** | | | | |
| Delivery Port : | **Statia** | | | | |
| **Item** | **Description** | **Quantity** | **UOM** | **Unit Price** | **Amount USD** |
| VLSFO | reversal of provisional inv 10I165187 | -1,000.000 | MT | 405.00000 | -405,000.00 |
| VLSFO | Stock adjustment price | 1,000.000 | MT | 569.50000 | 569,500.00 |
| | | | | **Total Amount Due :** | **164,500.00** |

**Payment Due:  26 June 2021**

We hereby provide notice to you that we have assigned by way of security or charged by way of security to RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor RBS Invoice Finance Limited in this role), all amounts owing or to be owed to us by you under:
(a) the Contract between us and you pursuant to which this invoice arises; and (b) any other trade contracts between us and you (however described) relating to (i) bunkering and trading activities; and/or (ii) the sale, purchase and/or delivery of petroleum products), and all other rights and claims in respect of such amounts. You are authorised and instructed without further obligation to us to pay all amounts payable under this invoice without any deduction, set-off or counterclaim whatsoever, free of bank charges and in cleared funds to the following account with RBS Invoice Finance Limited:

Account Name: Peninsula Petroleum Limited
Account number 401276-85372782
Currency: USD
Bank name: HSBC UK Bank PLC
BIC: HBUKGB4B
IBAN: GB67HBUK40127685372782

Correspondent Bank: HSBC Bank USA National Association
Correspondent Swift: MRMDUS33
Correspondent Address: New York City United States of America

Any amendment to these payment instructions may not be made without the express written consent of RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor of RBS Invoice Finance Limited in this role).

VAT Registration Number: IE6398557E

In the event of late payment we reserve the right to charge interest at 2 per cent per thirty day period, and pro rata for any part thereof.
E & OE



Peninsula Petroleum Limited
2 Shelbourne Buildings, Shelbourne Road, Ballsbridge , Dublin 4, Ireland,
Tel : +353 1 668 7330,  Fax : +353 1 668 7331,
Email : dublin@peninsula360.com

**www.peninsula360.com**

| MESSRS | C.I. International Fuels LLC | Invoice No : | 10I176204 |
|---|---|---|---|
| | 5201 Blue Lagooon Dirve 8th Floor ,<br>Miami,<br>FL 33126,<br>United States | Date : | 22 June 2021 |

And/or master and/or owner of MV       **Ark**

| | | | | | |
|---|---|---|---|---|---|
| Vessel Name : | **Ark** | | | | |
| Reference : | **STA-000024-20** | | | | |
| Barge Name : | **Sales-Statia Storage** | | | | |
| Delivery Date : | **17 December 2020** | | | | |
| Delivery Port : | **Statia** | | | | |

| Item | Description | Quantity | UOM | Unit Price | Amount USD |
|---|---|---|---|---|---|
| VLSFO | VLSFO as per supplier's spec | -1,000.000 | MT | 405.00000 | -405,000.00 |
| VLSFO | VLSFO as per supplier's spec | 1,000.000 | MT | 577.00000 | 577,000.00 |
| | | | | **Total Amount Due :** | **172,000.00** |

**Final Invoice**

**Payment Due:  28 July 2021**

We hereby provide notice to you that we have assigned by way of security or charged by way of security to RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor RBS Invoice Finance Limited in this role), all amounts owing or to be owed to us by you under:
(a) the Contract between us and you pursuant to which this invoice arises; and (b) any other trade contracts between us and you (however described) relating to (i) bunkering and trading activities; and/or (ii) the sale, purchase and/or delivery of petroleum products), and all other rights and claims in respect of such amounts. You are authorised and instructed without further obligation to us to pay all amounts payable under this invoice without any deduction, set-off or counterclaim whatsoever, free of bank charges and in cleared funds to the following account with RBS Invoice Finance Limited:

Account Name: Peninsula Petroleum Limited
Account number 401276-85372782
Currency: USD
Bank name: HSBC UK Bank PLC
BIC: HBUKGB4B
IBAN: GB67HBUK40127685372782

Correspondent Bank: HSBC Bank USA National Association
Correspondent Swift: MRMDUS33
Correspondent Address: New York City United States of America

Any amendment to these payment instructions may not be made without the express written consent of RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor of RBS Invoice Finance Limited in this role).

VAT Registration Number: IE 6398557E

In the event of late payment we reserve the right to charge interest at 2 per cent per thirty day period, and pro rata for any part thereof.
E & OE



**Peninsula Petroleum Limited**
2 Shelbourne Buildings, Shelbourne Road, Ballsbridge, Dublin 4, Ireland,
Tel : +353 1 668 7330, Fax : +353 1 668 7331,
Email : dublin@peninsula360.com

www.peninsula360.com

| MESSRS | C.I. International Fuels LLC | | Invoice No : | 10I176202 |
|---|---|---|---|---|
| | 5201 Blue Lagooon Dirve 8th Floor , Miami, FL 33126, United States | | Date : | 22 June 2021 |

And/or master and/or owner of MV      **Ark**

| | | | | | |
|---|---|---|---|---|---|
| Vessel Name : | **Ark** | | | | |
| Reference : | **STA-000024-20** | | | | |
| Barge Name : | **Sales-Statia Storage** | | | | |
| Delivery Date : | **17 December 2020** | | | | |
| Delivery Port : | **Statia** | | | | |

| Item | Description | Quantity | UOM | Unit Price | Amount USD |
|---|---|---|---|---|---|
| VLSFO | VLSFO as per supplier's spec | -2,000.000 | MT | 405.00000 | -810,000.00 |
| VLSFO | VLSFO as per supplier's spec | 2,000.000 | MT | 582.00000 | 1,164,000.00 |
| | | | | **Total Amount Due :** | **354,000.00** |

**Final Invoice**

**Payment Due:  30 June 2021**

We hereby provide notice to you that we have assigned by way of security or charged by way of security to RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor RBS Invoice Finance Limited in this role), all amounts owing or to be owed to us by you under:
(a) the Contract between us and you pursuant to which this invoice arises; and (b) any other trade contracts between us and you (however described) relating to (i) bunkering and trading activities; and/or (ii) the sale, purchase and/or delivery of petroleum products), and all other rights and claims in respect of such amounts. You are authorised and instructed without further obligation to us to pay all amounts payable under this invoice without any deduction, set-off or counterclaim whatsoever, free of bank charges and in cleared funds to the following account with RBS Invoice Finance Limited:

Account Name: Peninsula Petroleum Limited
Account number 401276-85372782
Currency: USD
Bank name: HSBC UK Bank PLC
BIC: HBUKGB4B
IBAN: GB67HBUK40127685372782

Correspondent Bank: HSBC Bank USA National Association
Correspondent Swift: MRMDUS33
Correspondent Address: New York City United States of America

Any amendment to these payment instructions may not be made without the express written consent of RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor of RBS Invoice Finance Limited in this role).

VAT Registration Number: IE 6398557E

In the event of late payment we reserve the right to charge interest at 2 per cent per thirty day period, and pro rata for any part thereof.
E & OE



**Peninsula Petroleum Limited**
2 Shelbourne Buildings, Shelbourne Road, Ballsbridge , Dublin 4, Ireland,
Tel : +353 1 668 7330 , Fax : +353 1 668 7331,
Email : dublin@peninsula360.com

www.peninsula360.com

| MESSRS | C.I. International Fuels LLC | Invoice No : | 10I176205 |
|---|---|---|---|
| | 5201 Blue Lagooon Dirve 8th Floor , Miami, FL 33126, United States | Date : | 22 June 2021 |

And/or master and/or owner of MV    **Ark**

| | | | | | |
|---|---|---|---|---|---|
| Vessel Name : | **Ark** | | | | |
| Reference : | **STA-000025-20** | | | | |
| Barge Name : | **Sales-Statia Storage** | | | | |
| Delivery Date : | **17 December 2020** | | | | |
| Delivery Port : | **Statia** | | | | |
| **Item** | **Description** | **Quantity** | **UOM** | **Unit Price** | **Amount USD** |
| VLSFO | VLSFO as per supplier's spec | -2,000.000 | MT | 405.00000 | -810,000.00 |
| VLSFO | VLSFO as per supplier's spec | 2,000.000 | MT | 577.00000 | 1,154,000.00 |
| | | | | **Total Amount Due :** | **344,000.00** |

**Final Invoice**

**Payment Due:  30 June 2021**

We hereby provide notice to you that we have assigned by way of security or charged by way of security to RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor RBS Invoice Finance Limited in this role), all amounts owing or to be owed to us by you under:
(a) the Contract between us and you pursuant to which this invoice arises; and (b) any other trade contracts between us and you (however described) relating to (i) bunkering and trading activities; and/or (ii) the sale, purchase and/or delivery of petroleum products), and all other rights and claims in respect of such amounts. You are authorised and instructed without further obligation to us to pay all amounts payable under this invoice without any deduction, set-off or counterclaim whatsoever, free of bank charges and in cleared funds to the following account with RBS Invoice Finance Limited:

Account Name: Peninsula Petroleum Limited
Account number 401276-85372782
Currency: USD
Bank name: HSBC UK Bank PLC
BIC: HBUKGB4B
IBAN: GB67HBUK40127685372782

Correspondent Bank: HSBC Bank USA National Association
Correspondent Swift: MRMDUS33
Correspondent Address: New York City United States of America

Any amendment to these payment instructions may not be made without the express written consent of RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor of RBS Invoice Finance Limited in this role).

VAT Registration Number: IE 6398557E

In the event of late payment we reserve the right to charge interest at 2 per cent per thirty day period, and pro rata for any part thereof.
E & OE



**Peninsula Petroleum Limited**
2 Shelbourne Buildings, Shelbourne Road, Ballsbridge , Dublin 4, Ireland,
Tel : +353 1 668 7330 , Fax : +353 1 668 7331,
Email : dublin@peninsula360.com

www.peninsula360.com

| MESSRS | C.I. International Fuels LLC | Invoice No : | 10I176206 |
|---|---|---|---|
| | 5201 Blue Lagooon Dirve 8th Floor ,<br>Miami,<br>FL 33126,<br>United States | Date : | 22 June 2021 |

And/or master and/or owner of MV   **Ark**

| | | | | | |
|---|---|---|---|---|---|
| Vessel Name : | **Ark** | | | | |
| Reference : | **STA-000025-20** | | | | |
| Barge Name : | **Sales-Statia Storage** | | | | |
| Delivery Date : | **17 December 2020** | | | | |
| Delivery Port : | **Statia** | | | | |
| **Item** | **Description** | **Quantity** | **UOM** | **Unit Price** | **Amount USD** |
| VLSFO | VLSFO as per supplier's spec | -2,969.730 | MT | 405.00000 | -1,202,740.65 |
| VLSFO | VLSFO as per supplier's spec | 2,969.730 | MT | 577.00000 | 1,713,534.21 |
| | | | | **Total Amount Due :** | **510,793.56** |

**Final Invoice**

**Payment Due:  21 August 2021**

We hereby provide notice to you that we have assigned by way of security or charged by way of security to RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor RBS Invoice Finance Limited in this role), all amounts owing or to be owed to us by you under:
(a) the Contract between us and you pursuant to which this invoice arises; and (b) any other trade contracts between us and you (however described) relating to (i) bunkering and trading activities; and/or (ii) the sale, purchase and/or delivery of petroleum products), and all other rights and claims in respect of such amounts. You are authorised and instructed without further obligation to us to pay all amounts payable under this invoice without any deduction, set-off or counterclaim whatsoever, free of bank charges and in cleared funds to the following account with RBS Invoice Finance Limited:

Account Name: Peninsula Petroleum Limited
Account number 401276-85372782
Currency: USD
Bank name: HSBC UK Bank PLC
BIC: HBUKGB4B
IBAN: GB67HBUK40127685372782

Correspondent Bank: HSBC Bank USA National Association
Correspondent Swift: MRMDUS33
Correspondent Address: New York City United States of America

Any amendment to these payment instructions may not be made without the express written consent of RBS Invoice Finance Limited (in its capacity as security agent for various financial institutions and to any successor of RBS Invoice Finance Limited in this role).

VAT Registration Number: IE 6398557E

In the event of late payment we reserve the right to charge interest at 2 per cent per thirty day period, and pro rata for any part thereof.
E & OE