| | |
|---|---|
| **From:** | Gabriela Sanchez |
| **To:** | Gabriela Sanchez |
| **Subject:** | FW: Propuesta Amigable Conciliacion |
| **Date:** | Tuesday, March 8, 2022 6:37:39 AM |

**From:** Willingthon Periñan <econtableabogado@gmail.com>
**Sent:** 05 October 2021 20:38
**To:** Gabriela Sanchez <gsanchez@peninsula360.com>
**Subject:** Propuesta Amigable Conciliacion

Buenas tardes Dra. Gabriela.

De acuerdo a reunión adelantada el día de hoy, presentamos formalmente una salida amigable a cualquier diferencia que exista entre las partes contratantes en beneficio de que se pueda llegar a un acuerdo de conciliación que ponga fin a cualquier diferencia, sin que con esto se acepte la existencia, ni reconocimiento de obligación pendiente de pago, ni cualquier otra circunstancia legal, ni de hecho frente a la relación comercial que existe entre las partes contratantes hasta la firma del correspondiente acuerdo.

En caso de que sea aceptada, se procederá a suscribir acuerdo pertinente que ponga fin a cualquier diferencia contractual presente o futura entre las partes contratantes.

- El pago total de la obligación debida en la suma de $1.545.293,56 USD en nueve (9) cuotas por el mismo valor, comenzando los primeros 5 días del mes de diciembre del año 2.021 y finalizando los primeros 5 días del mes de agosto del año 2.022.

Quedamos atentos a sus comentarios.

Saludos Cordiales.

**From:** Willingthon Periñan <econtableabogado@gmail.com>
**Sent:** 05 October 2021 20:38
**To:** Gabriela Sanchez <gsanchez@peninsula360.com>
**Subject:** Propuesta Amigable Conciliacion

Good afternoon Dr. Gabriela.
According to today's advanced meeting, we formally present an amicable solution to any difference that exists between the contracting parties for the benefit of reaching a conciliation agreement that puts an end to any difference, without this accepting the existence, nor acknowledgment of pending payment obligation, nor any other legal circumstance, nor in fact against the commercial relationship that exists between the contracting parties until the signing of the corresponding agreement.

If it is accepted, the relevant agreement will be signed to put an end to any present or future contractual difference between the contracting parties.
• The total payment of the obligation due in the sum of $1,545,293.56 USD in nine (9) installments for the same value, beginning the first 5 days of the month of December on the year 2021 and ending the first 5 days of the month of August of the year 2022.
We are looking forward to your comments.
Best regards.

I, Gian Taylor, hereby certify, under penalty of perjury under the laws of the United States of America, that the foregoing document is my correct and complete translation of the preceding email from Spanish to English.

_____

Gian Taylor

Dated: June 10, 2022

Panama City, Panama