UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PENINSULA PETROLEUM LIMITED,<br><br>                      Plaintiff,<br><br>- against -<br><br>CI INTERNATIONAL FUELS LLC,<br><br>                      Defendant. | Case No.: 22-cv-20712-RKA |

**DECLARATION OF JOSEPH JOHNSON IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FORUM NON CONVENIENS**

Pursuant to 28 U.S.C. §1746, Joseph Johnson declares as follows:

1. I am a partner at Zeiler Floyd Zadkovich (US) LLP representing Peninsula Petroleum Limited in the above-captioned lawsuit. I have been admitted *pro hac vice* in this matter.

2. The website of the Office of the Property Appraiser Property Search Application for Miami-Dade County can be accessed at https://www.miamidade.gov/pa/property_search.asp. From there, the address of 7900 Harbor Island Drive, Unit 615, North Bay Village, FL 33141 may be inputted, leading to Folio 23-3209-052-1510, from which the "Detailed Report" may be accessed.

3. *Exhibit 1* hereto is a true and correct copy of the "Office of the Property Appraiser Detailed Report" pertaining to the above address which was downloaded from the aforementioned website by my office on June 8, 2022.

4. ***Exhibit 2*** hereto is a true and correct copy of the Pledge Agreement referenced in Paragraphs 16 and 17 of the Amended Verified Complaint (Dkt. 38), which was mistakenly omitted from that filing as an exhibit thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2023

_____
Joseph Johnson