
# OFFICE OF THE PROPERTY APPRAISER

## Detailed Report

Generated On : 6/8/2022

| Property Information | |
|---|---|
| Folio: | 23-3209-052-1510 |
| Property Address: | 7900 HARBOR ISLAND DR UNIT: 615 North Bay Village, FL 33141-4281 |
| Owner | MARIA M ROA |
| Mailing Address | 7900 HARBOR ISLAND DRIVE #615 NORTH BAY VILLAGE, FL 33141 USA |
| PA Primary Zone | 4000 MULTI-FAMILY - 63-100 U/A |
| Primary Land Use | 0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL |
| Beds / Baths / Half | 2 / 2 / 0 |
| Floors | 0 |
| Living Units | 1 |
| Actual Area | Sq.Ft |
| Living Area | 1,251 Sq.Ft |
| Adjusted Area | 1,251 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 2007 |

| Assessment Information | | | |
|---|---:|---:|---:|
| Year | 2021 | 2020 | 2019 |
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $245,000 | $240,211 | $266,901 |
| Assessed Value | $245,000 | $240,211 | $266,901 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2021 | 2020 | 2019 |
| Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional). | | | | |


2021 Aerial Photography  200ft

| Taxable Value Information | | | |
|---|---:|---:|---:|
| | 2021 | 2020 | 2019 |
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $245,000 | $240,211 | $266,901 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $245,000 | $240,211 | $266,901 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $245,000 | $240,211 | $266,901 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $245,000 | $240,211 | $266,901 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 6/8/2022

**Property Information**

**Folio:** 23-3209-052-1510

**Property Address:** 7900 HARBOR ISLAND DR 615

## Roll Year **2021** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 6/8/2022

**Property Information**

**Folio:** 23-3209-052-1510

**Property Address:** 7900 HARBOR ISLAND DR 615

## Roll Year **2020** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 6/8/2022

**Property Information**

**Folio:** 23-3209-052-1510

**Property Address:** 7900 HARBOR ISLAND DR   UNIT:  615 North Bay Village, FL  33141-4281

## Roll Year 2019 Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 6/8/2022

## Property Information

**Folio:** 23-3209-052-1510

**Property Address:** 7900 HARBOR ISLAND DR 615

| Full Legal Description |
| --- |
| 360 CONDO A |
| UNIT 615 |
| UNDIV 0.36% |
| INT IN COMMON ELEMENTS |
| OFF REC 25236-1859 |
| COC 25496-0368 03 2007 1 |

| Sales Information | | | |
| --- | ---: | --- | --- |
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 11/30/2012 | $295,000 | 28391-2999 | Qual by exam of deed |
| 04/09/2012 | $239,500 | 28070-2055 | Qual by exam of deed |
| 11/14/2011 | $179,800 | 27916-1769 | Financial inst or "In Lieu of Forclosure" stated |
| 03/01/2007 | $425,000 | 25496-0368 | Sales which are qualified |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version: