**CONTRATO DE GARANTÍA MOBILIARIA SOBRE ACTIVOS**

Este contrato de garantía mobiliaria sobre activos (el "Contrato"), se suscribe el  26  de octubre de 2020 entre:

(i) **PENINSULA PETROLEUM LIMITED**, una sociedad creada y existente de conformidad con las leyes de la República de Irlanda (el "Acreedor Garantizado"); y

(ii) **CI INTERNATIONAL FUELS LLC**, una sociedad creada y existente de conformidad con las leyes de Florida, USA (el "Garante" y conjuntamente con el Acreedor Garantizado, las "Partes").

**CONSIDERACIONES**

(a). QUE, el  26  de octubre de 2020 se celebró un Contrato Marco de Compraventa (el "Contrato Marco") entre el Acreedor Garantizado y el Garante para la compra y venta de tiempo en tiempo del Activo (según este término se define más adelante).

(b). QUE, de tiempo en tiempo, el Acreedor Garantizado podrá celebrar contratos con el Garante para (i) la venta por parte del Acreedor Garantizado y la compra por parte del Garante de productos derivados del petróleo a ser entregados por el Acreedor Garantizado en la Zona Franca de Santa Marta, Colombia (los "Contratos de Carga") y (ii) la venta por parte del Garante y la compra por del Acreedor Garantizado de Producto a ser entregados por el Garante al Acreedor Garantizado en los buques de sus clientes, dentro de puertos colombianos (los "Contratos de Bunker" y junto con los Contratos de Carga, los "Contratos de Compraventa de Producto").

(c). QUE, para garantizar el cumplimiento de las obligaciones del Garante bajo el Contrato Marco y los Contratos de Compraventa de Producto, las Partes acordaron celebrar

**PLEDGE AGREEMENT OVER ASSETS**

This pledge agreement over assets (the "Agreement") is entered into on  26  October 2020 by:

(i) **PENINSULA PETROLEUM LIMITED**, a company organized under the laws of the Republic of Ireland (the "Secured Creditor"); and

(ii) **CI INTERNATIONAL FUELS LLC,** a company organized under the laws of Florida, USA (the "Grantor" and together with the Secured Creditor, the "Parties").

**RECITALS**

(a). WHEREAS, on  26  October 2020 a Master Sale and Purchase Agreement (the "Master Agreement") was entered between the Secured Creditor and the Grantor for the sale and purchase from time to time of the Asset (as this term is defined below).

(b). WHEREAS, from time to time, Peninsula may enter into contracts with the Grantor for (i) the sale by Peninsula and purchase by the Grantor of petroleum products for delivery by Peninsula in the Santa Marta Free Trade Zone, Colombia (the "Cargo Contracts") and (ii) the sale by the Grantor and purchase by Peninsula of Product for delivery by Grantor to Peninsula´s nominated customer vessels, within Colombian ports (the "Bunker Contracts" and together with the Cargo Contracts referred as the "Product Sale and Purchase Agreements").

(c). WHEREAS, in order to fulfill the obligations of the Grantor under the Master Agreement, the Parties agreed to execute this Pledge Agreement

1

este Contrato de Garantía Mobiliaria por medio del cual el Garante ha aceptado constituir en favor del Acreedor Garantizado, una garantía mobiliaria de primer grado de prelación sin tenencia, en los términos de la Ley de Garantías Mobiliarias, sobre los Activos (como este término se define más adelante)

(d). EN CONSECUENCIA, las Partes acuerdan celebrar este Contrato de Garantía Mobiliaria en los términos que se establecen a continuación:

whereby the Grantor has agreed to grant in favor of the Secured Creditor, a first priority security interest without possession, under the terms of Law of Securities over Movable Assets, on the Assets (as those terms are defined below).

(d). THEREFORE, the Parties agree to enter into this Pledge Agreement under the terms established below:

## CLÁUSULA I
## DEFINICIONES E INTERPRETACIÓN

## CLAUSE I
## DEFINED TERMS AND INTERPRETATION

**Sección 1.01.** *Definiciones*

**Section 1.01.** *Defined Terms*

Para efectos del presente Contrato, y a menos que expresamente se estipule de otra manera, los términos iniciados en mayúscula que se usan a lo largo del Contrato tendrán el significado otorgado a dichos términos a continuación:

For purposes of this Agreement, and unless expressly stated otherwise, capitalized terms used throughout the Agreement shall have the meaning assigned to them as set forth below:

"Acreedor Garantizado" tiene el significado asignado en el encabezado el presente Contrato.

"Secured Creditor" has the meaning assigned to such term in the preamble of this Agreement.

"Activos" significa los cargamentos de productos derivados del petróleo presentes y futuros que de tiempo en tiempo adquiera el Garante y almacene en la Zona Franca, de conformidad con el Contratos Marco y los Contratos de Compraventa de Producto y los bienes derivados o atribuibles de estos.

"Assets" means all present and future cargoes of petroleum products that are from time to time acquired by the Grantor and storage in the Free Trade Zone pursuant to the Master Agreement and the Product Sale and Purchase Agreements and all proceeds or assets derived or attributable to them thereof.

"Autoridad Gubernamental" significa cualquier gobierno estatal, municipal, nacional u otro gobierno, departamento gubernamental, comisión, junta, oficina, tribunal, árbitro, agencia o instrumentalidad, o subdivisión política de los mismos o cualquier entidad, funcionario o examinador que ejerza funciones ejecutivas, legislativas o judiciales, funciones regulatorias o administrativas pertenecientes a cualquier gobierno o a cualquier tribunal en

"Governmental Authority" means any, state, municipal, national or other government, governmental department, commission, board, bureau, court, arbitrator, agency or instrumentality or political subdivision thereof or any entity, officer or examiner exercising executive legislative, judicial, regulatory or administrative functions of or pretraining to any government or any court, in each case whether associated with the state, provincial, or local

2

cada caso ya sea asociado con los gobiernos estatales, provinciales o locales de la República de Colombia o cualquier otra subdivisión política de los mismos (incluido el Banco de la República de Colombia).

governments of the Republic of Colombia or any other political subdivision thereof (including Banco de la República de Colombia).

"Contrato" tiene el significado asignado en el encabezado del presente Contrato.

"Agreement" has the meaning assigned to such term in the preamble of this Agreement.

"Contrato Marco" tiene el significado asignado en las consideraciones del presente Contrato.

"Master Agreement" has the meaning assigned to such term in the recitals of this Agreement.

"Contratos de Búnker" tiene el significado asignado en las consideraciones del presente Contrato.

"Bunker Contracts" has the meaning assigned to such term in the recitals of this Agreement.

"Contratos de Carga" tiene el significado asignado en las consideraciones del presente Contrato.

"Cargo Contracts" has the meaning assigned to such term in the recitals of this Agreement.

"Contratos de Compraventa de Producto" tiene el significado asignado en las consideraciones del presente Contrato

"Product Sale and Purchase Agreements" has the meaning assigned to such term in the recitals of this Agreement.

"Documentos de la Transacción" significan conjuntamente el Contrato Marco y los Contratos de Compraventa de Producto.

"Transaction Documents" means the Master Agreement and the Product Sale Agreements.

"Evento de Incumplimiento" significa el incumplimiento por parte del Garante del pago completo y oportuno de las Obligaciones Garantizadas, en los términos de los Documentos de la Transacción.

"Event of Default" means the default by the Grantor on the payment of the Secured Obligations, in the terms of the Transaction Documents.

"Garante" tiene el significado asignado en el encabezado del presente Contrato.

"Grantor" has the meaning assigned to such term in the preamble of this Agreement.

"Garantía Mobiliaria" tiene el significado otorgado a este término en la Sección 2.01 del presente Contrato.

"Security Interest" has the meaning assigned to this term in Section 2.01 of this Agreement.

"Gravamen" significa, en relación con cualquier activo, (a) cualquier hipoteca, prenda, garantía mobiliaria, contrato de fiducia en garantía o de administración o de fuente de pago o cualquier combinación de las anteriores, o encargos fiduciarios que tengan por objeto respaldar el cumplimiento de obligaciones, o limitación de dominio o de derechos sobre el activo

"Lien" means, with respect to any asset, (a) any mortgage, pledge, security interest, trust agreement that are intended to secure the payment of obligations, or limitation of domain or rights over the respective asset; (b) the right of a seller or financial lessor under a conditional sale or capital finance lease contract related to the same asset; and (c) in the case of securities,

respectivo; (b) el derecho de un vendedor o arrendador financiero bajo un contrato de compraventa condicionado o de arrendamiento financiero de capital que se relacione con el mismo activo; y (c) en caso de valores, cualquier opción de compra o derecho similar que tenga un tercero respecto de dichos valores.

any purchase option or similar right that a third party has regarding said securities.

"Ley Aplicable" significa, con respecto a cualquier Persona, cualquier ley, tratado, reglamento, decreto, resolución, acto administrativo, laudo arbitral, fallo judicial o decisión de cualquier Autoridad Gubernamental, que le sea aplicable u obligatorio a dicha Persona o a cualquiera de sus activos.

"Applicable Law" means, with respect to any Person, any law, statute, code, regulation or treaty with the force of law, and any court decision, custom or similar governmental restriction or order or guideline from any Governmental Authority that applies to Said Person or any of such Person's assets.

"Ley de Garantías Mobiliarias" significa, conjuntamente la Ley 1676 de 2013 y aquellas normas que la modifiquen, complementen o sustituyan de tiempo en tiempo, junto con sus decretos reglamentarios.

"Law of Securities over Movable Assets" means collectively, Law 1676 of 2013 and those that modify, supplement or replace it and its implementing regulations.

"Notificación de Inicio" tiene el significado asignado a este término en la Sección 6.01(ii)(a) de este Contrato.

"Initiation Notice" has the meaning assigned to such term in Section 6.01(ii)(a) of this Agreement.

"Notificación de Evento de Incumplimiento" significa la notificación que envíe el Acreedor Garantizado al Garante informando sobre la ocurrencia de un Evento de Incumplimiento.

"Event of Default Notice" means the notice to be sent by the Secured Creditor to the Grantor informing about the occurrence of an Event of Default.

"Obligaciones Garantizadas" significa todas las obligaciones (ya sean actuales o futuras, absolutas o contingentes, conjuntas, solidarias o independientes) de cualquier naturaleza que el Garante deba de tiempo en tiempo bajo los Documentos de la Transacción, ya sea por capital, intereses, honorarios, gastos, indemnización o a cualquier otro título.

"Secured Obligations" means all obligations (whether now existing or hereafter arising, absolute or contingent, joint, several, or independent) of every nature of the Grantor from time to time owed under the Transaction Documents, whether for principal, interest, fees, expenses, indemnification or otherwise.

"Pago de Obligaciones Garantizadas" significa la fecha en la que todas las Obligaciones Garantizadas sean pagadas en su totalidad según lo confirme el Acreedor Garantizado en su total discreción.

"Discharge of Secured Obligations" means the date on which all of the Secured Obligations have been paid in full as confirmed by the Secured Creditor in its sole discretion.

4

"<u>Partes</u>" tiene el significado asignado en el encabezado del presente Contrato.

"<u>Parties</u>" has the meaning assigned to this term in the preamble of this Agreement.

"<u>Persona</u>" significa una persona natural, una sociedad comercial o civil de cualquier tipo, empresa unipersonal, patrimonio autónomo, entidad sin ánimo de lucro, asociación constituida o no constituida, fundación, corporación, *joint venture*, Autoridad Gubernamental o cualquier otro tipo de entidad o persona jurídica.

"<u>Person</u>" means any natural person, corporation, limited liability company, trust, joint venture, association, company, partnership, Governmental Authority or other entity.

"<u>Poder Especial</u>" tiene el significado asignado en la Sección 6.01(ii)(f) del presente Contrato.

"<u>Limited Power of Attorney</u>" has the meaning assigned to this term in Section 6.01(ii)(f) of this Agreement.

"<u>Precio Justo de Mercado</u>" significa el precio justo de mercado de los Activos que determine el avaluador contratado de conformidad con la Sección 6.01(i) del presente Contrato con base en [•].

"<u>Fair Market Price</u>" means the fair market price of the Assets that is determined by the third-party appraiser hired pursuant to Section 6.01(i) of this Agreement, based on [•].

"<u>Procedimiento de Ejecución Especial</u>" tiene el significado asignado en la Sección 6.01(ii) del presente Contrato.

"<u>Special Enforcement Proceeding</u>" has the meaning assigned to this term in Section 6.01(ii) of this Agreement.

"<u>Registro de Garantías Mobiliarias</u>" significa el registro de garantías mobiliarias contemplado en el artículo 38 de la Ley de Garantías Mobiliarias y reglamentado por el Decreto 1074 de 2015, así como cualquier otra norma que las adicione, sustituya o complemente.

"<u>Registry of Liens over Movable Assets</u>" means the created pursuant to Article 38 of the Law of Securities over Movable Assets and regulated by Decree 1074 of 2015, as modified and/or complemented from time to time.

"<u>Zona Franca</u>" significa la Zona Franca de Santa Marta.

"<u>Free Trade Zone</u>" means the Santa Marta Free Zone Area

**Sección 1.02.** *Interpretación.*

**Section 1.02.** *Interpretation.*

Salvo que expresamente se indique lo contrario o el contexto así lo requiera, en la interpretación del presente Contrato deberán observarse las siguientes reglas:

Unless the context of this Agreement requires otherwise, the following rules will be used to interpret this Agreement:

(a) El singular incluye al plural y viceversa.

(a) Defined terms used herein shall be equally applicable in singular and in plural according to their respective meanings;

(b) La referencia a cualquier género incluye al otro género.

(c) Las referencias a días se entenderán como días calendario, salvo que se use el término "Días Hábiles".

(d) cualquier definición de o referencia a cualquier contrato u otro documento se debe entender como referido a dicho contrato o documento incluyendo sus modificaciones.

(e) cualquier referencia a una Persona se deberá entender como si incluyera a sus sucesores o cesionarios que se ajusten a las disposiciones del presente Contrato.

(f) Salvo que el contexto exija una interpretación en sentido contrario, la referencia a cualquier sección, cláusula o anexo significa aquella sección, cláusula o anexo del presente Contrato.

(g) "Incluyendo" (y, consiguientemente, "incluye", "incluido" o "incluso") significa que comprende aquello que a continuación se indica, sin limitar la generalidad de la descripción que precede al uso de dicho término.

(h) Cualquier referencia a "Parte" o "Partes" en el presente Contrato deberá entenderse efectuada a una parte o las partes del presente Contrato, según sea el caso.

(i) Los títulos que encabezan las cláusulas y secciones del presente Contrato son meramente enunciativos y no serán tomados en cuenta para la

(b) When the context so requires, any pronoun shall be deemed to refer to the correct male, female or neutral form;

(c) References to days shall be interpreted as calendar days, unless the term "Business Days" is used;

(d) References to this Agreement or any other contract, agreement or document, or any specific provision thereof, should be construed as references to such contract, agreement, document or specific provision, as modified in accordance with its respective terms;

(e) Reference to a Person should also be understood to include the successors of that Person, and the permitted assignees under any agreement, instrument, contract or other document;

(f) All references to articles, sections, numerals, literals, paragraphs and annexes shall be understood as made with respect to the articles, sections, numerals, literals, paragraphs and annexes of this Agreement, unless otherwise may be inferred from the context;

(g) "Including" shall be understood as "including without limitation", unless it is clear from the text that it is a limited statement;

(h) Any reference to "Party" or "Parties" in this Agreement shall be understood to be made to a party or parties to this Agreement, as the case may be.

(i) The titles of the clauses and sections of this Agreement are merely illustrative and will not be taken into account for the interpretation of the content of said clauses and sections.

interpretación del contenido de dichas cláusulas y secciones.

(j) Las palabras técnicas o científicas que no se encuentren definidas expresamente en el presente Contrato tendrán los significados que les correspondan según la técnica o ciencia respectiva, y las demás palabras se entenderán en su sentido natural y obvio, según el uso general de las mismas.

(j) The technical or scientific words that are not expressly defined in this Agreement will have the meaning that correspond to them according to the respective technique or science, and the other words will be understood in their natural and obvious sense, according to the general use of the themselves.

## CLÁUSULA II
## GARANTÍA MOBILIARIA

## CLAUSE II
## SECURITY INTEREST

**Sección 2.01. *Constitución*.**

**Section 2.01. *Creation*.**

En virtud de este Contrato y de conformidad con lo establecido en la Ley de Garantías Mobiliarias y las demás Leyes Aplicables, el Garante otorga a favor del Acreedor Garantizado una garantía mobiliaria de primer grado sin tenencia sobre los Activos, como garantía del pago oportuno y completo y el cumplimiento cuando sea debido (ya sea al vencimiento, por aceleración o de otro modo) de todas las Obligaciones Garantizadas (la "Garantía Mobiliaria").

By virtue of this Agreement and in accordance with the provisions of the Law of Securities over Movable Assets and other Applicable Laws, the Grantor hereby grants in favor of the Secured Creditor a first priority security interest without possession over the Assets, to secure the prompt and complete payment and performance when due (whether at the stated maturity, by acceleration or otherwise) of all of the Secured Obligations (the "Security Interest").

**Sección 2.02. *Obligaciones Garantizadas*.**

**Section 2.02. *Secured Obligations***

Esta Garantía Mobiliaria garantiza el pago oportuno y completo, y el cumplimiento de todas las Obligaciones Garantizadas.

The Security Interest created hereby constitutes continuing collateral security interest for all of the Secured Obligations.

El otorgamiento de esta Garantía Mobiliaria no limita al Acreedor Garantizado para hacer efectiva cualquier otra garantía (sea esta personal o real) disponible a su favor conforme a lo establecido en los Documentos de la Transacción, ni para adelantar cualesquiera otras acciones para hacer cumplir las Obligaciones Garantizadas.

The granting of this Security Interest shall not limit the rights of the Secured Creditor to enforce any other security interest granted in their favor pursuant to the Transaction Documents, or to exercise any other actions available to obtain payment in full of the Secured Obligations.

La presente Garantía Mobiliaria de ninguna manera se entenderá terminada si las

The Security Interest shall remain in full force and effect as long as there are Secured

Obligaciones Garantizadas fueran ampliadas, extendidas, modificadas, reestructuradas o novadas y cobijará cualquier obligación que se derive de dicha extensión, modificación, reestructuración o novación.

**Sección 2.03.** *Garantía Mobiliaria*

Para los propósitos del artículo 14 de la Ley de Garantías Mobiliarias, los términos principales de las Obligaciones Garantizadas y de la presente Garantía Mobiliaria son los siguientes:

| Garante | CI International Fuels LLC |
|---|---|
| **Obligaciones Garantizadas** | Son las Obligaciones Garantizadas |
| **Monto máximo cubierto por la Garantía Mobiliaria** | USD 6,500,000 |
| **Vigencia de la Garantía Mobiliaria** | Hasta 26 de octubre de 2025 más seis (6) meses adicionales. La vigencia del registro de la Garantía Mobiliaria en el Registro Nacional de Garantías Mobiliarias será renovada automáticamente por períodos sucesivos de 3 años, mientras el Pago de las Obligaciones Garantizadas no haya ocurrido. La Garantía Mobiliaria y por tanto este Contrato, continuaran vigentes hasta la fecha en que ocurra el Pago de las Obligaciones Garantizadas. |
| **Bienes dados en garantía** | Los Activos. |

Las Partes reconocen expresamente que la presente Garantía Mobiliaria recae sobre

Obligations pending payment or discharge, and, if such Secured Obligations are extended, amended, restructured or novated, the Security Interest shall cover the obligations derived from such extension, amendment, restructuring or novation.

**Section 2.03.** *Security Interest*

For purposes of Article 14 of the Law of Securities over Movable Assets, the main terms of the Secured Obligations and the Security Interest are as follows:

| Grantor | CI International Fuels LLC |
|---|---|
| **Secured Obligations** | The Secured Obligations |
| **Maximum amount covered by this Security Interest** | USD 6,500,000 |
| **Validity of the Security Interest registration** | Until 26 October 2025 plus an additional of six (6) months. The validity term for the Security Interest registration before the National Registry of Securities Over Movable Assets shall be automatically and successively extended for 3-year terms, as long as the Discharge of Secured Obligations has not occurred. The Security Interest and, consequently, this Agreement, shall continue to be valid and enforceable until the date on which the Discharge of Secured Obligations has occurred. |
| **Collateral** | The Assets. |

The Parties expressly acknowledge that the present Security Interest covers present and

bienes presentes y futuros, incluyendo los Activos y en consecuencia cubre todos los Activos que en el futuro adquiera el Garante.

future assets, including the Assets and consequently covers all of the Assets that the Grantor acquires in the future.

**Sección 2.03.** *Garantía Absoluta.*

**Section 2.04.** *Unconditional Security Interest*

En la máxima medida permitida por las Leyes Aplicables, y siempre que el presente Contrato se encuentre vigente, los derechos y recursos del Acreedor Garantizado bajo el presente Contrato y la Garantía Mobiliaria constituida bajo el presente Contrato son absolutos, irrevocables e incondicionales, y permanecerán en pleno vigor mientras no haya ocurrido el Pago de las Obligaciones Garantizadas y no serán liberados, suspendidos, descargados, terminados ni de ninguna manera afectados por ninguna circunstancia u ocurrencia, incluyendo:

To the maximum extent permitted by Applicable Law, and provided that this Agreement is in force, the rights and remedies of the Secured Creditor under this Agreement and the Security Interest itself shall be irrevocable and unconditional. Therefore, such rights and remedies shall continue to be in full force and effect until the Discharge of Secured Obligations has occurred; and such rights and remedies shall in no event be released, suspended, discharged, terminated or affected by any circumstance or event, including the following:

(i) Cualquier renovación, reestructuración, refinanciación, extensión, modificación, adición o eliminación de los Documentos de la Transacción o de cualquier instrumento o acuerdo al que se haga referencia en dichos documentos, o cualquier cesión o traspaso de los mismos;

(i) Any renewal, amendment or termination of any of the Transaction Documents or of any instrument or agreement referred therein, or the assignment of any of them;

(ii) Cualquier renuncia, ampliación, consentimiento, extensión, dispensa, restructuración, novación u otra acción bajo o con respecto a cualquiera de las Obligaciones Garantizadas, el presente Contrato, cualquiera de los Documentos de la Transacción u otro instrumento o acuerdo relacionado con los anteriores, o cualquier ejercicio o falta de ejercicio de cualquier derecho, facultad, recurso o privilegio bajo o respecto de las Obligaciones Garantizadas, el presente Contrato, cualquier documento parte los Documentos de la Transacción o cualquier otro instrumento o acuerdo relacionado con los anteriores;

(ii) Any waiver, extension, modification or amendment, consent, release, restructuring, novation or any other action or omission in respect of any of the Secured Obligations, this Agreement or in any other Transaction Document or in any other instrument or agreement related thereto, or any exercise or lack of exercise of any right or remedy in respect of the Secured Obligations, this Agreement, any other Transaction Document or any other instrument or agreement related thereto;

(iii) El otorgamiento de cualquier garantía o Gravamen adicional para el cumplimiento de cualquiera de las Obligaciones Garantizadas a favor del

(iii) The granting of any additional collateral, Lien or security interest with respect to the Secured Obligations for the benefit of the Secured Creditor or for the benefit of any other Person;

Acreedor Garantizado, o a favor de cualquier otra Persona;

(iv) Cualquier sustitución, venta, cesión, intercambio, liberación, rendición o realización de los derechos u obligaciones en virtud de los Documentos de la Transacción, o sobre cualquier garantía en favor del Acreedor Garantizado o a favor de cualquier otra Persona; y

(v) La aceleración de cualquiera de las Obligaciones Garantizadas o cualquier otro cambio del tiempo dentro del cual aquellas deban ser pagadas.

(iv) Any substitution, sale, transfer, exchange, release, surrender or realization of the rights or obligations under the Transaction Documents, or on any security interest in favor of the Secured Creditor or in favor of any other Person; and

(v) The acceleration of the maturity of any of the Secured Obligations or any other amendment in the maturity date thereof.

## CLÁUSULA III
## PERFECCIONAMIENTO Y REGISTRO

**Sección 3.01.** *Registro como Garantía Mobiliaria.*

La Garantía Mobiliaria se perfecciona con la firma de este Contrato por las Partes.

De conformidad con lo dispuesto en el artículo 21 de la Ley de Garantías Mobiliarias, este Contrato producirá efectos frente a terceros mediante su inscripción en el Registro Nacional de Garantías Mobiliarias.

El Garante autoriza al Acreedor Garantizado a realizar la inscripción de la Garantía Mobiliaria en el Registro Nacional de Garantías Mobiliaria conforme a los términos previstos para el efecto en este Contrato.

Las Partes acuerdan que los costos e impuestos de registro pagaderos por dicha inscripción serán enteramente por cuenta y cargo del Garante.

Para efectos del registro, el Acreedor Garantizado tendrá en cuenta la siguiente información para diligenciar el formulario de inscripción:

- *Garante:* CI International Fuels LLC

## CLAUSE III
## PERFECTION AND REGISTRY

**Section 3.01.** *Registry as Secured Interest.*

This Security Interest is perfected upon the execution of this Agreement by the Parties.

In accordance with the provisions of article 21 of the Law of Securities over Movable Assets, this Agreement will produce effects vis-a-vis third parties after its registration in the Registry of Liens over Movable Assets.

The Grantor authorizes the Secured Creditor to register the Security Interest in the Registry of Liens over Movable Assets, pursuant to the terms set forth in this Agreement.

The Parties agree that the registration costs and taxes payable for such registration will be entirely at the expense of the Grantor.

For purposes of registration, the Secured Creditor will take into account the following information to fill out the registration form:

- *Grantor:* CI International Fuels LLC
- *Tax ID:* L09000101567

10

- *Número de identificación tributaria:* L09000101567
- *País:* EE.UU
- *Ciudad:* Miami, Florida
- *Dirección:* 5201 Blue Lagoon Drive 8th Floor Miami FL 33126
- *Correo Electrónico:* managerciinternationalfuels.com; Andrea.cotes@hotmail.com
- *Teléfono Fijo:* +57 (035) 8630
- *Celular:* +1 (786) 477 0428, +57 (316) 275 3880, +57 (315) 683 1507
- *Proceso de Insolvencia:* N/A
- *Bienes dados en garantía:* Los Activos que de tiempo en tiempo adquiera el Garante bajo los Documentos de la Transacción y que sean almacenados en la Zona Franca de Santa Marta.
- *Monto máximo garantizado:* USD 6,500,000
- *Fecha de finalización:* Hasta Hasta 26 de octubre de 2025 más seis (6) meses adicionales. Este término se prorrogará automáticamente, siempre que continúen Obligaciones Garantizadas pendientes de pago, por periodos de tres (3) años como establece el artículo 42 de la Ley de Garantías Mobiliarias.

- *Country:* USA
- *City:* Miami, Florida
- *Address:* 5201 Blue Lagoon Drive 8th Floor Miami FL 33126
- *Email:* managerciinternationalfuels.com; andrea.cotes@hotmail.com
- *Phone number:* +57 (035) 8630
- *Mobile:* +1 (786) 477 0428, +57 (316) 275 3880, +57 (315) 683 1507
- *Insolvency proceeding:* N/A
- *Collateral:* The Assets that are from time to time acquired by the Grantor pursuant to the Transaction Documents and that are stored in the Santa Marta Free Trade Zone.
- *Maximum amount covered by the Security Interest:* USD 6,500,000
- *Termination Date:* Until 26 October 2025 plus an additional of six (6) months. The validity term for the Security Interest registration before the National Registry of Securities Over Movable Assets shall be automatically and successively extended for 3-year terms, pursuant to Article 42 of the Law of Securities over Movable Assets.

**Sección 3.02.** *Cancelación.*

El Garante no podrá solicitar la cancelación parcial, disminución o modificación en el Registro Nacional de Garantías Mobiliarias de la Garantía Mobiliaria con base en el pago parcial de las Obligaciones Garantizadas.

Una vez terminado el presente Contrato de conformidad con la Sección 8.03, el Garante podrá solicitar la cancelación del registro del presente Contrato en el Registro Nacional de Garantías Mobiliarias. El Acreedor Garantizado cancelará el registro de la Garantía Mobiliaria ante el Registro Nacional de Garantías Mobiliarias dentro de los treinta (30) Días Hábiles siguientes a la solicitud escrita que le haga el Garante en tal sentido, siempre y

**Section 3.02.** *Cancellation*

The Grantor may not request the partial cancellation, reduction or modification of the Security Interest in the Registry of Liens over Movable Assets based on the partial payment of the Secured Obligations.

Upon termination of this Agreement in accordance with Section 8.03, the Grantor may request the cancellation of the registration of this Agreement in the Registry of Liens over Movable Assets. The Secured Creditor shall cancel the registration of the Security interest before the Registry of Liens over Movable Assets within thirty (30) Business Days following the written request made by the Grantor in this

11

cuando haya ocurrido el Pago de las Obligaciones Garantizadas.

regard, as long as the Discharge of Secured Obligations has occurred.

**Sección 3.03. *Suscripción de Documentos.***

**Section 3.03. *Further Assurances.***

El Acreedor Garantizado, podrá solicitar al Garante que firme o entregue, en cualquier momento, cualquier documento o instrumento adicional y adelante cualquier medida subsiguiente o tome cualquier acción que se considere razonablemente necesaria o adecuada, o que razonablemente sea solicitada por el Acreedor Garantizado, con el fin de diligenciar e inscribir los formularios de registro correspondientes en el Registro Nacional de Garantías Mobiliarias de forma eficaz o con el fin de mantener la oponibilidad, creación, perfeccionamiento o protección de la Garantía Mobiliaria o este Contrato.

The Secured Creditor may request the Grantor to execute or deliver, at any time, any additional document or instrument and take any additional action that it reasonably deems necessary or appropriate, or that is reasonably requested by the Secured Creditor in order to fill out and register the corresponding registration forms in the Registry of Liens over Movable Assets or in order to maintain the enforceability, creation, perfection or protection of the Security Interest or this Agreement.

## CLÁUSULA IV
## DECLARACIONES Y MANIFESTACIONES
**Sección 4.01. *Declaraciones y Manifestaciones del Garante***

## CLAUSE IV
## REPRESENTATIONS AND WARRANTIES
**Section 4.01. Representations and Warranties of the Grantor**

El Garante declara y garantiza al Acreedor Garantizado, que:

The Grantor represents and warrants to the Secured Creditor that:

(i) Es una sociedad debidamente constituida de conformidad con las Leyes Aplicables, que se encuentra válidamente existente y vigente;

(i) It is a company duly incorporated in accordance with the Applicable Laws, and it is validly existing;

(ii) Tiene todas las facultades y autorizaciones societarias y estatutarias requeridas para realizar sus actividades comerciales, poseer bienes, suscribir el presente Contrato y cumplir las obligaciones aquí previstas;

(ii) It has all the corporate and statutory powers and authorizations required to carry out its business, possess its assets, execute this Agreement and fulfill the obligations set forth herein;

(iii) El presente Contrato es válido, legal, vinculante y exigible al Garante de acuerdo con sus términos aquí previstos;

(iii) This Agreement is valid, binding and enforceable in accordance with its terms as set forth herein;

(iv) Es el titular pleno y legítimo de los Activos, y será el titular pleno y legítimo de los Activos que adquiera en el futuro y los mismos no están, y, respecto de los bienes futuros, no estarán sometidos a Gravámenes de ningún tipo, litigios, ni han sido y, respecto de

(iv) It is the sole legal owner of the Assets and it will be the sole legal owner of the Assets to be acquired in the future, and they are not and, with respect to future rights, will not be subject to any kind of Liens, litigations, nor have they been and, with respect to future rights, will not

los bienes futuros, no serán enajenados, o dados en cualquier otra operación de transferencia, limitación o modificación del derecho de dominio, ni han sido y, respecto de los bienes futuros, no serán| prometidos en venta ni sobre ellos se han conferido opciones de venta o garantías (distintas a la presente Garantía Mobiliaria);

(v) La suscripción de este Contrato, así como el cumplimiento por parte del Garante de sus obligaciones bajo el mismo: (a) no contraviene sus disposiciones estatutarias; (b) no contraviene las disposiciones de cualquier Ley aplicable; y (c) no resulta ni resultará en un incumplimiento de cualquier otro contrato en el que el Garante sea parte, o por virtud del cual sus bienes, activos y/o derechos pudieran resultar gravados o afectados;

(vi) Con excepción de las obligaciones de registro establecidas en el presente Contrato, en el Registro Nacional de Garantías Mobiliarias, no se necesita ninguna autorización, aprobación, presentación, registro ni ninguna otra acción de una Autoridad Gubernamental (i) que no haya sido obtenida para la debida celebración y cumplimiento de este Contrato, o (ii) que deba obtenerse antes de la celebración y cumplimiento de este Contrato, para su validez, oponibilidad o exigibilidad contra el Garante; y

(vii) El presente Contrato (una vez registrado por el Acreedor Garantizado ante el Registro Nacional de Garantías Mobiliarias), constituye en favor del Acreedor Garantizado, una garantía mobiliaria de primer grado de prelación sobre los Activos.

**Sección 4.02.** *Confianza en las Declaraciones y Representaciones*

Se entiende que las declaraciones contenidas en este Contrato fueron realizadas para que el

be sold, or given in any other operation of transfer, limitation or modification of the right of ownership, neither have they have been and, with respect to future rights, will not be promised for sale, nor have they been conferred sale options or guarantees (other than this Security Interest);

(v) The execution of this Agreement, as well as the compliance with the obligations set forth herein: (a) do not contravene its bylaws; (b) do not contravene the provisions of any applicable Laws; and (c) do not result or will not result in a breach of any other contract to which the Grantor is a party, or by virtue of which its assets and / or rights could be encumbered or affected;

(vi) Except for the registration obligations established herein, in the Registry of Liens over Movable Assets, no authorization, approval, presentation, registration or any other action is required from a Government Authority (i) that has not been obtained for the execution and compliance with this Agreement, or (ii) that must be obtained before the execution and compliance, for its validity, enforceability or enforceability against the Grantor; and

(vii) This Agreement (once registered by the Secured Creditor in the Registry of Liens over Movable Assets), constitutes in favor of the Secured Creditor a first priority perfected security interest over the Assets.

**Section 4.02.** *Reliance in the Representations and Warranties*

It is understood that the representations contained in this Agreement were made in order

Acreedor Garantizado, suscribiera el presente Contrato, reconociendo además que el Acreedor Garantizado, ha accedido a suscribirlo en función de dichas declaraciones y manifestaciones, confiando plenamente en la veracidad y exactitud de cada una de estas.

for the Secured Creditor to enter into this Agreement, and the Grantor further acknowledges that the Secured Creditor has agreed to enter into the Agreement based on such representations, fully trusting the veracity and accuracy of each of these.

### CLÁUSULA V
### OBLIGACIONES

**Sección 5.01.** *Obligaciones del Garante*

### CLAUSE V
### COVENANTS

**Section 5.01. Covenants of the Grantor**

Además de las obligaciones legales, las obligaciones establecidas en los Documentos de la Transacción, así como las demás obligaciones consagradas en el presente Contrato, el Garante deberá cumplir las siguientes obligaciones hasta el Pago de las Obligaciones Garantizadas:

In addition to the obligations set forth in the Transaction Documents, as well as any other obligations established in this Agreement, the Grantor agrees until the Discharge of Secured Obligations to:

(i) Suscribir todos los documentos necesarios para el registro de esta Garantía Mobiliaria de acuerdo con los términos y dentro de los plazos previstos en el presente Contrato;

(i) Execute all the necessary documents for the registration of this Security Interest in accordance with the terms established in this Agreement;

(ii) Abstenerse de (i) otorgar a terceros algún derecho, garantía, o derecho de garantía real sobre los Activos, (b) imponer Gravámenes sobre dichos Activos o (c) llevar a cabo cualquier acción que afecte la validez o ejecución de la Garantía Mobiliaria, a menos que cuente con el consentimiento previo y escrito del Acreedor Garantizado;

(ii) Refrain from (a) giving any third party any right or guarantee over the Assets, (b) creating any Liens on the Assets or (c) carrying out any action that affects the perfection, validity or enforcement of the Security Interest, unless with prior written consent of the Secured Creditor;

(iii) Abstenerse de enajenar, prometer en venta, pignorar, dar en anticresis, dar en usufructo, otorgar opciones de venta o de cualquier manera realizar cualquier operación de transferencia, limitación o modificación del derecho de dominio, gravar o disponer total o parcialmente u obligarse en el futuro a gravar o disponer total o parcialmente de sus derechos sobre los Activos, ni celebrar algún acto o adelantar actividad alguna que tenga como objeto o efecto desmejorar los derechos Acreedor Garantizado, salvo permitido

(iii) Refrain from transferring, pledging, transferring by *anticresis* or granting a beneficial ownership over the Assets or to dispose of them entirely or partially in any other manner or to agree to dispose of them in the future entirely or partially nor celebrate any act or carry out any activity that has the purpose or effect of diminishing the rights of the Secured Creditor other than as permitted under the Transaction Documents without the prior and written consent of the Secured Creditor;

14

bajo los Documentos de la Transacción sin el previo consentimiento por escrito del Acreedor Garantizado;

(iv) Mantener la Garantía Mobiliaria como una garantía mobiliaria de primer grado y defender la Garantía Mobiliaria frente a los reclamos y demandas de cualquier Persona;

(iv) Maintain the Security Interest as a first priority perfected security interest and defend the Security Interest against the claims and demands of all Persons whomsoever;

(v) Asumir todos los gastos, incurridos o pagados derivados de la constitución, modificación, extensión, cancelación y ejecución de la Garantía Mobiliaria y este Contrato;

(v) Assume all the expenses related to the creation, modification or amendment, extension, enforcement or cancellation of the Security Interest and this Agreement;

(vi) Actualizar y enviar al Acreedor Garantizado, el Anexo A del presente Contrato dentro de los tres (3) Días Hábiles siguientes a la fecha en que suscriba nuevos Contratos de Compraventa de Producto.

(vi) Update and send to the Secured Creditor Annex A of this Agreement within three (3) Business Days following the date on which a new Product Sale and Purchase Agreements is executed; and

(vii) Tomar todas las acciones necesarias para mantener la propiedad de los Activos, salvo por lo permitido bajo los Documentos de la Transacción.

(vii) Take all necessary actions to maintain the ownership of the Assets except as otherwise permitted under the Transaction Documents.

## CLÁUSULA VI
## EJECUCIÓN DE LA GARANTÍA MOBILIARIA

## CLAUSE VI
## ENFORCEMENT OF THE SECURITY INTEREST

**Sección 6.01.** *Ejecución de la Garantía Mobiliaria.*

**Section 6.01. Enforcement of the Security Interest**

Las Partes acuerdan en virtud de este Contrato que, en el momento en que el que se configure un Evento de Incumplimiento y dicho evento sea comunicado al Garante a través de una Notificación de Evento de Incumplimiento, el Acreedor Garantizado, podrá iniciar a su discreción cualquiera de los siguientes procedimientos:

The Parties agree that upon the occurrence of an Event of Default informed to the Grantor through an Event of Default Notice, the Secured Creditor may initiate any of the following proceedings in its sole discretion:

(i) *Pago Directo:* satisfacer el pago de las Obligaciones Garantizadas directamente con los Activos.

(i) *Direct Payment*: to obtain payment in full of the Secured Obligations directly with the Assets.

Para efectos del Artículo 60 de la Ley de Garantías Mobiliaria, las Partes acuerdan que el Acreedor Garantizado contratará un tercero avaluador, el cual será informado al Garante de manera previa a su contratación, para que avalúe los Activos y determine su Precio Justo de Mercado. Si la Ley aplicable establece que esta designación no está autorizada, el nombramiento de un tercero y la valoración se harán exclusivamente de acuerdo con la Ley aplicable.

(ii) *Procedimiento de Ejecución Especial*: para asegurar el pago completo de las Obligaciones Garantizadas mediante la realización del procedimiento de ejecución especial de la Garantía Mobiliaria previsto en esta Sección. En cualquier momento después de haber enviado una Notificación de Evento de Incumplimiento al Garante, el Acreedor Garantizado podrá iniciar el siguiente procedimiento (el "Procedimiento de Ejecución Especial"):

(a) El Acreedor Garantizado dará inicio al Procedimiento de Ejecución Especial mediante la presentación del formulario correspondiente en el Registro de Garantías Mobiliarias, registro que tendrá el efecto de notificar al Garante el inicio del Procedimiento de Ejecución Especial, de acuerdo con las disposiciones de la Ley de Garantías Mobiliarias (la "Notificación de Inicio").

(b) Dentro de los treinta (30) Días Hábiles siguientes a la Notificación de Inicio, el Acreedor Garantizado, a su elección, podrá acudir ante notario público o centro de conciliación de la Cámara de Comercio de Bogotá para ejecutar la Garantía Mobiliaria.

(c) Inmediatamente después de la recepción de la Notificación de Inicio, siempre que el procedimiento de oposición establecido en el Artículo 67 de la Ley de Garantías Mobiliarias se haya llevado a cabo ante un juez o mediante conciliación ante el Centro de

For purposes of Article 60 of the Law of Securities over Movable Assets, the Parties agree that the Secured Creditor will hire a third-party appraiser, who will be informed to the Grantor prior to hiring it, to assess the Assets to and determine their Fair Market Price. If the applicable Law provides that this designation is not authorized, the appointment of the third party and the valuation shall be made exclusively according to the applicable Law.

(ii) *Special Enforcement Proceeding*: to secure payment in full of the Secured Obligations by conducting the special enforcement proceeding of the Security Interest provided for in this Section. At any time after having sent an Event of Default Notice the Secured Creditor may, initiate the following proceeding (the "Special Enforcement Proceeding"):

(a) The Secured Creditor may initiate the Special Enforcement Proceeding by filing the corresponding form on the Registry of Liens over Movable Assets. This filing shall serve as notice to the Grantor of the initiation of the Special Enforcement Proceeding in accordance with the rules of the Law of Securities over Movable Assets (the "Initiation Notice").

(b) Within thirty (30) Business Days following the Initiation Notice, the Secured Creditor, at its sole discretion, may resort to a public notary or to the Conciliation Center of the Chamber of Commerce of Bogotá, Colombia to enforce the Security Interest.

(c) Promptly following the receipt of the Initiation Notice, provided that the opposition proceeding established in Article 67 of the Law of Securities over Movable Assets has been carried out before a court of law or by conciliation before the Center of Conciliation of the

Conciliación de la Cámara de Comercio de Bogotá, Colombia, a criterio exclusivo del Acreedor Garantizado, el Acreedor Garantizadoprocederá a llevar a cabo la ejecución especial de la Garantía Mobiliaria bajo las reglas especiales establecidas en este Contrato, y en lo no previsto en este Contrato de conformidad con las reglas del Capítulo V del Título VI de la Ley de Garantías Mobiliarias y el Decreto 1074 de 2015. Este procedimiento se llevará a cabo ya sea ante el Centro de Conciliación de la Cámara de Comercio de Bogotá, Colombia, o ante un notario público, según lo determine el Acreedor Garantizado (la "Entidad de Procedimiento"). Para efectos del Artículo 66 (2) de la Ley de Garantías Mobiliarias, el Garante renuncia a cualquier derecho de alegar que las Obligaciones Garantizadas están sujetas a un término o cualquier otra condición previa en el momento en que el Acreedor Garantizado le entregue una Notificación de Evento de Incumplimiento.

Chamber of Commerce of Bogotá, Colombia, in the Secured Creditor's sole discretion, the Secured Creditor shall proceed to carry out the special enforcement of the Security Interest under the special rules set forth in this Agreement; and, with respect to matters not contemplated by this Agreement, in accordance with the rules of Chapter V of Title VI of the Law of Securities over Movable Assets and Decree 1074 of 2015. This proceeding shall be carried out before the Center of Conciliation of the Chamber of Commerce of Bogotá Colombia or before a public notary, as determined by the Secured Creditor. For purposes of Article 66(2) of the Law of Securities over Movable Assets, the Grantor waives any right to allege that the Secured Obligations are subject to a term or to any other condition precedent at the time the Secured Creditor delivers an Event of Default Notice.

(d) Una vez surtidas las notificaciones, inscripciones y trámites de objeciones descritos en los literales (a), (b) y (c) anteriores, el Acreedor Garantizado procederá a ofrecer en venta los Activos. Para determinar el precio de los Activos, de conformidad con el artículo 2.2.2.4.2.15. del Decreto 1074 de 2015, el Acreedor Garantizado tendrá en cuenta el Precio Justo de Mercado aplicable en el momento de ofrecer en venta los Activos.

(d) Once the notifications, registrations and objection procedures described in subparagraphs (a), (b) and (c) above have been carried out, the Secured Creditor will proceed to offer the Assets for sale. To determine the price of the Assets, pursuant to Article 2.2.2.4.2.15 of Decree 1074 of 2010, the Secured Creditor will take into account the Fair Market Price applicable at the moment on which the Assets will be offered for sale.

(e) El procedimiento para la venta de los Activos deberá seguir las siguientes reglas y principios:

(e) The proceeding for the sale of the Assets shall follow the following rules and principles:

(A) El tercero a quien se venderán los Activos no puede ser el beneficiario real del Garante. No es necesario que exista un

(A) The third party to which the Assets will be sold may not be the beneficial owner of the Grantor. It is not necessary that

número plural de oferentes para transferir los Activos;

there is a plural number of bidders for transferring the Assets;

(B)   Los Activos pueden transferirse al oferente que haya ofrecido las mejores condiciones según lo determine el Acreedor Garantizado. La evaluación de las "mejores condiciones" comprenderá no solo la evaluación del precio ofrecido sino también las condiciones de pago. El precio base para el proceso de oferta será el 100% del Precio Justo de Mercado. El precio base estará vigente después de iniciado el proceso para la venta. Si no se reciben ofertas con un valor que oscile entre el 100% y el 90% del Precio Justo de Mercado, el Acreedor Garantizado iniciará un nuevo proceso con un precio que no sea inferior al 70% del Precio Justo de Mercado. Cualquier reducción del precio base de la oferta solo surtirá efecto si ningún oferente ha aceptado presentar una oferta por el precio base respectivo propuesto dentro de un mes;

(B)   The Assets may be transferred to the bidder that has offered the best conditions as determined by the Secured Creditor. Evaluation of the "best conditions" shall comprise of not only evaluating the price tendered but also the payment terms. The base price for the bid process shall be 100% of the Fair Market Price. The base price shall be in force for at least one month after the Secured Creditor has initiated the proceeding for the sale of the Assets. If no offers with a value that range between 100% and 90% of the Fair Market Price are received, the Secured Creditor shall initiate a new process with a price that is not less than 80% of the Fair Market Price. In addition, if such process fails, the Secured Creditor shall initiate a new process with a price that is not less than 70% of the Fair Market Price. Any reduction of the base price for the bid shall only take effect if no bidder has agreed to submit an offer for the respective proposed base price within one month;

(f)   Una vez que se hayan llevado a cabo las actividades anteriores, el Garante procederá a transferir los Activos al oferente adjudicatario. Para estos fines, el Garante otorga suficiente poder al Acreedor Garantizado para que pueda llevar a cabo cualquier acto y ejecutar cualquier documento que sea necesario para perfeccionar la transferencia de los Activos (el "Poder

(f)   Once the above activities have been carried out, the Grantor shall proceed to transfer the Assets to the awarded bidder. For these purposes, the Grantor grants sufficient power to the Secured Creditor so that it may carry out any acts and execute any documents as necessary to perfect the transfer of the Assets (the "Limited Power of Attorney"). Such Limited Power of

Especial"). Dicho Poder Especial es irrevocable y se otorga en beneficio del Acreedor Garantizado. Al ejecutar este Contrato de Garantía Mobiliaria, el Acreedor Garantizado acepta irrevocablemente el Poder Especial otorgado en este documento. El Garante renuncia expresamente a su derecho a presentar cualquier reclamo u objeción con respecto a las condiciones bajo las cuales se han vendido o transferido los Activos, como el precio, lo términos de pago, el comprador y cualquier otra observación con respecto al acuerdo de venta o cesión aplicable que se firme, o con respecto a cualquier efecto o condición de la transferencia realizada en lugar de pago, según sea el caso.

(g) En cualquier momento antes de que el Acreedor Garantizado transfiera los Activos, el Garante puede solicitar que el Procedimiento de Ejecución Especial se termine mediante el pago completo de las Obligaciones Garantizadas en fondos inmediatamente disponibles y de otra manera efectuando el Pago de las Obligaciones Garantizadas, así como el pago total en fondos inmediatamente disponibles de cualquier gasto incurrido por el Acreedor Garantizado durante el Procedimiento de Ejecución Especial.

(iii) _Procedimiento Judicial:_ asegurar el pago completo de las Obligaciones Garantizadas mediante la ejecución de la Garantía Mobiliaria ante los jueces colombianos aplicables de conformidad con la Ley aplicable, incluida cualquier ley procesal vigente.

**Sección 6.02.** _Recursos Acumulables_

Todos y cada uno de los derechos, poderes, facultades y recursos específicamente otorgados al Acreedor Garantizado, bajo este

---

Attorney is irrevocable and granted for the benefit of the Secured Creditor. By executing this Agreement, the Secured Creditor irrevocably accepts the Limited Power of Attorney granted herein. The Grantor expressly waives its right to make any claim or any objection with respect to the conditions under which the Assets have been sold or assigned, such as the price, the payment terms, the buyer and any other observation in respect of the applicable sales or assignment agreement that is signed, or in respect of any effects or conditions of the transfer made in lieu of payment, as the case may be.

(g) At any time before the Secured Creditor transfers the Assets, the Grantor may request the Special Enforcement Proceeding to be terminated by payment in full of the Secured Obligations in immediately available funds and otherwise effecting the Discharge of Secured Obligations, as well as the payment in full in immediately available funds of any expenses incurred by the Secured Creditor or otherwise during the Special Enforcement Proceeding.

(iii) _Court Collection Proceedings:_ to secure payment in full of the Secured Obligations by enforcing the Security Interest before the applicable Colombian courts in accordance with the applicable Law, including any current procedural law.

**Section 6.02.** _Cumulative Remedies_

Each and every one of the rights, powers, authority and remedies specifically given to the Secured Creditor pursuant to this Agreement

Contrato, se otorgan en adición de cada uno de los otros derechos, poderes, facultades y recursos conferidos específicamente al Acreedor Garantizado, bajo los demás contratos o documentos que se suscriban de tiempo en tiempo en virtud de los Documentos de la Transacción y las Leyes aplicables o por orden de una Autoridad Gubernamental, y todos y cada uno de tales derechos, poderes, facultades y recursos, sea que específicamente se otorguen aquí o que existan de otro modo cualquiera de tiempo en tiempo o simultáneamente, podrán ejercerse parcial o totalmente y con la frecuencia y en el orden en que el Acreedor Garantizado estime conveniente o de acuerdo con la Ley aplicable.

Todos estos derechos, poderes, facultades y recursos serán acumulables y el ejercicio o el inicio del ejercicio de uno no implicarán la renuncia de ningún otro de dichos derechos. Ni la demora ni la omisión por el Acreedor Garantizado en el ejercicio de tales derechos, poderes facultades y recursos, ni la falta de renovación o prórroga de alguna de las Obligaciones Garantizadas menoscabará ninguno de tales derechos, poderes, facultades y recursos ni constituirá una renuncia con respecto a un Evento de Incumplimiento, así como tampoco la aceptación del mismo. La falta de notificación al Garante en relación con sus obligaciones en ningún caso les dará derecho a ser notificados en el futuro en otras o similares circunstancias ni constituirá una renuncia de ninguno de los derechos del Acreedor Garantizado, a ninguna otra acción o acción adicional en cualquier circunstancia sin que medie notificación, exigencia o requerimiento. En el evento en que el Acreedor Garantizado entable cualquier demanda para hacer valer los derechos aquí establecidos, y obtenga una sentencia favorable, entonces en tal juicio el Acreedor Garantizado podrá recobrar sus gastos, incluyendo los honorarios del abogado, y las sumas que sean determinadas en la sentencia.

are conferred in addition to any other rights, powers, authority and recourses conferred to the Secured Creditor under any other agreement or documents that are execute under the Transaction Documents and applicable Law, or under any acts or decisions from any Governmental Authority. The Secured Creditor may exercise in a partial or total manner and as frequently as it chooses, in its sole discretion, or in accordance with applicable Law each one of such rights, powers, authority and recourses.

All these rights, powers, authority and remedies are cumulative; and exercising them or starting to exercise them shall not constitute a waiver of any other of such rights. No delay or omission on the part of the Secured Creditor in the exercise of such rights, powers, authority and remedies shall impair or constitute a waiver of any of such rights, powers, authority and remedies or the occurrence of an Event of Default. The failure to give notice to the Grantor regarding its obligations will in no case give the right to be notified in the future in other or similar circumstances or constitute a waiver of any of the rights of the Secured Creditor to any other action or additional action in any circumstance without the need of a notification, demand or requirement. In case the Secured Creditor initiates any claim or lawsuit or any out-of-court proceeding to enforce the rights established herein, and obtains a favorable decision or pronouncement therein, then, in such proceeding, the Secured Creditor shall be entitled to be reimbursed by the Grantor for any expenses incurred by it, including any attorney fees and any amounts awarded or that are determined in the decision.

**CLÁUSULA VII**
**NOTIFICACIONES**

**Sección 7.01.** *Notificaciones.*

Toda notificación o comunicación que se curse conforme al presente Contrato se hará por escrito. Salvo indicación contraria en el presente Contrato, las notificaciones o comunicaciones se darán por debidamente cursadas cuando hayan sido entregadas en mano, o por correo electrónico o aéreo certificado, o por servicio de *courier*, al obligado o a la Persona facultada a recibirlas, o se entreguen en la dirección de dicha parte especificada a continuación, o en cualquier otra dirección que haya sido indicada mediante aviso cursado al remitente de la notificación o comunicación, estipulándose, sin embargo, que el aviso de cambio de dirección será efectivo desde el momento de la recepción del aviso correspondiente remitido por la parte respectiva. Así mismo, las Partes aceptan ser notificados en cualquier juicio, demanda, reclamación, acción o procedimiento que surja o resulte del presente Contrato en las siguientes direcciones:

Por el Garante:

Nombre: CI International Fuels SAS
Dirección: 77B Street 59-61 Office1101 Barranquilla - Colombia
Correo electrónico: managerciinternationalfuels.com

Por el Acreedor Garantizado:

Nombre: Peninsula Petroleum (Brokers) Limited
Dirección: Byron House 7-9 St. James's St. Londres SW1A 1EE
Correo electrónico: legal@peninsulapetroleum.com

**CLAUSE VII**
**NOTICES**

**Section 7.01.** *Notices.*

Any notice or communication that is made pursuant to this Agreement shall be made in writing. Unless otherwise indicated in this Agreement, notices or communications will be considered duly processed when they have been delivered by hand, or by certified mail or airmail, or by courier service, to the obligor or to the Person authorized to receive them, or are delivered. at the address of said party specified below, or at any other address that has been indicated by notice sent to the sender of the notification or communication, stipulating, however, that the notice of change of address will be effective from the time of receipt of the corresponding notice sent by the respective party. Likewise, the Parties agree to be notified in any judgment, demand, claim, action or procedure that arises or results from this Agreement at the following addresses:

To the Grantor:

Name: CI International Fuels SAS
Address: 77B Street 59-61 Office1101 Barranquilla - Colombia
Email: managerciinternationalfuels.com

To the Secured Creditor:

Name: Peninsula Petroleum (Brokers) Limited
Address: Byron House 7-9 St. James's St. London SW1A 1EE
Email: legal@peninsulapetroleum.com

| | |
|---|---|
| **CLÁUSULA VIII**<br>**MISCELÁNEOS** | **CLAUSE VIII**<br>**MISCELLANEOUS** |

**Sección 8.01.** *Indivisibilidad.*

Los Activos garantizan el pago y el cumplimiento completo y oportuno cuando sean debidos (ya sean por el vencimiento, aceleración o de otra manera) de la totalidad de las Obligaciones Garantizadas y sus obligaciones accesorias, en caso de que las hubiere. En consecuencia, al concurrir el Acreedor Garantizado a hacer efectivo el pago de las Obligaciones Garantizadas, los Activos objeto de este Contrato, se destinarán en forma exclusiva y privilegiada a cubrir la totalidad de las Obligaciones Garantizadas.

**Sección 8.02.** *Costos y gastos.*

Serán de cargo del Garante todos los gastos, impuestos, honorarios, estudios y costos que ocasione el otorgamiento de este Contrato, especialmente los de registro, los de la cancelación y del cobro, si fueran del caso. En el caso en que haya lugar a una acción judicial o extrajudicial, serán de cargo del Garante los costos y gastos de cobranza y los honorarios del abogado.

**Sección 8.03.** *Vigencia.*

Este Contrato permanecerá plenamente vigente hasta el Pago de las Obligaciones Garantizadas, salvo que se acuerde lo contrario bajo los Documentos de la Transacción o se acuerde por escrito entre las Partes.

**Sección 8.04.** *Renuncia de derechos.*

La Garantía Mobiliaria no se extinguirá por ningún acto u omisión del Acreedor Garantizado, ni por el hecho que el Acreedor Garantizado permita al Garante que incumpla sus obligaciones o las cumpla tardía, imperfectamente o en forma distinta de la pactada, ni por el hecho de que el Acreedor Garantizado no insista en el cumplimiento

**Section 8.01.** *Non-Severability.*

The Assets guarantee the entire and punctual performance of the entire Secured Obligations. In this manner, when the Secured Creditor concurs to make effective payment of the Secured Obligations, the entire Assets shall be applied in exclusive and preferential manner for the payment of the entire Secured Obligations.

**Section 8.02.** *Costs and expenses.*

The Grantor will be in charge of all the expenses, taxes, fees and costs caused by the execution of this Agreement, especially those caused for the registration, cancellation and collection, if applicable. In the event that there is a judicial or extrajudicial action, the Grantor will be responsible for the costs and expenses of collection and the attorney's fees

**Section 8.03.** *Termination.*

This Agreement shall remain in full force and effect until the Discharge of Secured Obligations, except as otherwise agreed under the Transaction Documents or agreed in writing by the Parties.

**Section 8.04.** *No waiver.*

No delay or failure on the part of the Secured Creditor to exercise any right hereunder or under any other Transaction Documents shall constitute a waiver thereof; nor shall any single or partial exercise of any such right preclude any other or further exercise thereof or the exercise of any other right.

exacto de tales obligaciones o no ejerza oportunamente los derechos contractuales o legales que le corresponden contra el Garante.

**Sección 8.05. *Cesión*.**

El Garante no podrá ceder a ningún título sus derechos u obligaciones bajo el presente Contrato, sin el consentimiento previo, expreso y escrito del Acreedor Garantizado. El Acreedor Garantizado podrá ceder su posición bajo el presente Contrato en cualquier momento a favor de la persona o entidad a quien ceda su posición bajo el Contrato Marco.

**Sección 8.06. *Modificaciones*.**

Cualquier modificación al presente Contrato deberá constar por escrito y estar suscrita por los representantes debidamente autorizados de cada una de las Partes.

**Sección 8.07. *Nulidades*.**

Toda disposición del presente Contrato que resultare nula, inválida o inexigible en una jurisdicción determinada, no anulará, invalidará o hará inexigible las demás disposiciones de este Contrato en dicha jurisdicción, ni afectará la validez y exigibilidad de dicha disposición y del Contrato en cualquier otra jurisdicción.

**Sección 8.08. *Ejemplares*.**

Este Contrato se suscribe en tantos ejemplares como Partes del mismo lo suscriban, todos los cuales tomados como un todo constituirán un único y mismo instrumento.

**Sección 8.09. *Agente o Apoderado*.**

Las Partes reconocen y aceptan que el Acreedor Garantizado podrá nombrar un agente o apoderado para que ejerza sus derechos bajo el presente Contrato. Dicho agente o apoderado será un simple mandatario del Acreedor Garantizado y, en consecuencia,

**Section 8.05. *Assignment*.**

The Grantor may not assign his rights or obligations under this Agreement, without the prior, express and written consent of the Secured Creditor. The Secured Creditor may assign its position under this Agreement at any time in favor of the person or entity to whom it assigns its position under the Master Agreement.

**Section 8.06. *Amendments*.**

Any amendment to this Agreement must be in writing and signed by the duly authorized representatives of each of the Parties.

**Section 8.07. *Invalidity*.**

Any provision of this Agreement that becomes void, invalid or unenforceable in a given jurisdiction, will not nullify, invalidate or render unenforceable the other provisions of this Agreement in that jurisdiction, nor will it affect the validity and enforceability of said provision and the Agreement in any other jurisdiction.

**Section 8.08. *Copies*.**

This Agreement is executed in as many copies as Parties to it, all of which taken as a whole will constitute a single and same instrument.

**Section 8.09. *Agent or Attorney in Fact*.**

The Parties acknowledge and agree that the Secured Creditor may appoint an agent or attorney in fact to exercise its rights under this Agreement. Said agent or attorney in fact shall be a simple agent of the Secured Creditor and, consequently, the Secured Creditor shall retain

éste conserva en todo momento durante la vigencia de las Obligaciones Garantizadas o este Contrato, el derecho a revocar el respectivo mandato o apoderamiento al agente o apoderado en cualquier momento y a designar cualquier tercero para que ejerza las funciones conferidas al agente o apoderado, dando notificación al Garante de la nueva designación.

at all times during the term of the Secured Obligations or this Agreement, the right to revoke the respective mandate or power of attorney of the agent or attorney in fact at any time and to designate any third party to exercise the functions conferred on the agent or attorney in fact, and shall undertake to notify the Grantor of the new designation.

**Sección 8.10. *Idioma*.**

**Section 8.10. *Language***

Este Contrato ha sido redactado en español e inglés para el beneficio de las Partes. En caso de contradicción entre lo previsto en la columna en español y la columna en inglés de este Contrato, prevalecerá lo dispuesto en la columna en español.

This Agreement has been written in Spanish and English for the benefit of the Parties. In case of contradiction between the terms of the Spanish column and the English column of this Agreement, the terms of the Spanish column shall prevail.

**Sección 8.11. *Legislación Aplicable y Resolución de Conflictos*.**

**Section 8.11. *Applicable Law and Jurisdiction***

Las Partes convienen que el presente Contrato se regirá por las leyes de Colombia y se someten expresa e irrevocablemente a la jurisdicción de los jueces competentes de Colombia.

The Parties agree that this Agreement will be governed by the laws of Colombia and submit expressly and irrevocably to the jurisdiction of the competent judges of Colombia.

En constancia de lo anterior, el presente Contrato de Garantía Mobiliaria sobre Activos se suscribe el __26_ de __octubre_____ de 2020.

**CI INTERNATIONAL FUELS LLC**
(en calidad de Garante)

Nombre: Jaime Alberto Ochoa Muñoz
Cargo: Presidente

En constancia de lo anterior, el presente Contrato de Garantía Mobiliaria sobre Activos se suscribe el _26_ de _October_ de 2020.

**PENINSULA PETROLEUM LIMITED**
(en calidad de Acreedor Garantizado),

Nombre:  Gabriela Sanchez Urzais
Cargo:  Signatario Autorizado

26

**ANEXO A**

**CONTRATOS DE COMPRAVENTA DE PRODUCTO / PRODUCT SALE AND PURCHASE AGREEMENTS**

| | |
|---|---|
| **CONTRATO MARCO DE COMPRAVENTA** | **MASTER SALE AND PURCHASE AGREEMENT** |
| **ENTRE:** | **BETWEEN:** |
| **CI International Fuels LLC**, una sociedad constituida en Florida cuyo domicilio social se encuentra en 5201 BLUE LAGOON DRIVE 8TH FLOOR MIAMI FL 33126 (número de sociedad L0900010156) ("**CI International**") | **CI International Fuels LLC**, a company incorporated in Florida whose registered office is 5201 BLUE LAGOON DRIVE 8TH FLOOR MIAMI FL 33126 (Company Number L0900010156) ("**CI International**") |
| y | and |
| **PENINSULA PETROLEUM LIMITED**, una sociedad de responsabilidad limitada constituida en la República de Irlanda con el número 378557, cuyo domicilio social se encuentra en 10 Earlsfort Terrace, Dublín 2, D02 T380, República de Irlanda ("**Peninsula**") | **PENINSULA PETROLEUM LIMITED**, a private limited company incorporated in the Republic of Ireland under number 378557, whose registered office is at 10 Earlsfort Terrace, Dublin 2, D02 T380, Republic of Ireland ("**Peninsula**") |
| (cada una de ellas una "**Parte**" y, conjuntamente, las "**Partes**") | (each a "**Party**" and collectively the "**Parties**") |
| **CONSIDERANDO:** | **RECITALS:** |
| (A)     Que, cuando proceda, CI International y Peninsula pueden celebrar contratos para (i) la venta por parte de Peninsula y la compra por parte de CI International de determinados productos derivados del petróleo (el "**Producto**") para su entrega por parte de Peninsula en Santa Marta, Colombia (los "**Contratos de Carga**"), y (ii) la venta por parte de CI International y la compra por parte de Peninsula del Producto para su entrega por parte de CI International a los buques clientes designados por Peninsula, dentro de puertos colombianos (los "**Contratos de Repostaje**"); de forma conjunta, se hará referencia a los Contratos de Carga y a los Contratos de Repostaje como los "**Contratos**". | (A)     From time to time, CI International and Peninsula may enter into contracts for (i) the sale by Peninsula and purchase by CI International of certain petroleum products (the "**Product**") for delivery by Peninsula in Santa Marta, Colombia (the "**Cargo Contracts**") and (ii) the sale by CI International and purchase by Peninsula of Product for delivery by CI International to Peninsula's nominated customer vessels, within Colombian ports (the "**Bunker Contracts**"), together the Cargo Contracts and the Bunker Contracts referred as the "**Contracts**". |
| (B)     Que las Partes desean ahora celebrar el presente Contrato marco de compraventa ("**Contrato Marco de Compraventa**") en virtud del cual se regirán todos los Contratos. | (B)     The Parties now wish to enter this Master Sale and Purchase Agreement ("**Master Sale and Purchase Agreement**") pursuant to which all Contracts shall now be governed. |
| (C)     Que Peninsula no está interesada en llevar a cabo ni desempeñar ninguna actividad relacionada con la industria transformadora colombiana, cuyas normas se disponen en el Decreto 1073, 2015 y, por lo tanto, nada de lo contenido en este Contrato Marco de Compraventa puede interpretarse como si Peninsula estuviera llevando a cabo actividades de la industria transformadora en Colombia. | (C)     Peninsula is not interested in carrying out nor performing any activity related to the Colombian downstream industry which rules are contained in Decree 1073, 2015 and thus nothing in this Master Sale and Purchase Agreement can be construed or interpreted as if Peninsula is carrying out activities of the downstream industry in Colombia. |
| **SE ACUERDA LO SIGUIENTE:** | **IT IS NOW AGREED AS FOLLOWS**: |
| 1.      Inicio y vigencia | 1.      **Commencement and Term** |

1.1 El presente Contrato Marco de Compraventa comenzará el día ____ de octubre 2020 ("**Fecha de Inicio**") y seguirá vigente hasta que cualquiera de las Partes notifique por escrito a la otra Parte su extinción con treinta (30) días de antelación; no obstante, si las Partes han formalizado un Resumen de la Carga o Resumen del Repostaje, y no se ha ejecutado por completo, dicha extinción solo será efectiva una vez se hayan satisfecho todas las obligaciones establecidas en dicho Resumen de la Carga o Resumen del Repostaje y en el presente Contrato Marco de Compraventa, en la medida en que guarden relación con dicho Resumen de la Carga o Resumen del Repostaje.

1.2 La extinción del presente Contrato Marco de Compraventa o de un Resumen de la Carga o Resumen del Repostaje, sea cual sea la causa o el origen, tendrá lugar sin perjuicio de ningún derecho o recurso que pueda haberse acumulado para cualquiera de las Partes antes de la fecha de dicha extinción, y toda disposición de este Contrato Marco de Compraventa o de un Resumen de la Carga o Resumen del Repostaje necesaria para el ejercicio de dichos derechos o recursos acumulados sobrevivirá al vencimiento o la extinción de este Contrato Marco de Compraventa o de un Resumen de la Carga o Resumen del Repostaje en la medida en que así se requiera.

**2     Condiciones aplicables**

**2.1    Contratos de Carga**

2.1.1 Todos los Contratos de Carga celebrados conforme al presente Contrato Marco de Compraventa serán confirmados por Peninsula mediante un resumen por escrito del contrato ("**Resumen de la Carga**") en el que se establecerán las condiciones aplicables del contrato individual pertinente entre Peninsula y CI International. A efectos de información entre las Partes en el ANEXO A se incluye un ejemplo de formato del Resumen de la Carga.

2.1.2 Todos los Contratos de Carga deberán incorporar y estar sujetos a las Condiciones Generales de BP Oil International Limited para la compraventa de petróleo crudo y productos derivados del petróleo, edición 2015[1] ("**CG BP 2015**"), de las cuales se adjunta una copia en el ANEXO B.

2.1.3 En caso de conflicto o incoherencia entre el presente Contrato Marco de Compraventa, un Resumen de la Carga y las condiciones establecidas en las CG BP 2015, se aplicará el siguiente orden de precedencia: (1) Resumen de

1.1 This Master Sale and Purchase Agreement shall commence on ____ October 2020 ("Commencement Date") and shall continue, until either Party gives to the other Party thirty (30) days written notice to terminate; provided, however, that if a Cargo Recap or Bunker Recap has been executed by the Parties, and not fully performed, such termination shall only be effective once all obligations set forth in such Cargo Recap or Bunker Recap and this Master Sale and Purchase Agreement, to the extent they relate to such Cargo Recap or Bunker Recap, have been satisfied

1.2 Termination of this Master Sale and Purchase Agreement and/or a Cargo Recap or Bunker Recap, howsoever caused or occurring shall be without prejudice to any rights or remedies that may have accrued to either Party prior to the date of such termination, and any provision of this Master Sale and Purchase Agreement and/or a Cargo Recap or Bunker Recap necessary for the exercise of such accrued rights or remedies shall survive expiry or termination of this Master Sale and Purchase Agreement and/or a Cargo Recap or Bunker Recap to the extent so required.

**2     Applicable Terms and Conditions**

**2.1 Cargo Contracts**

2.1.1 All Cargo Contracts entered into pursuant to this Master Sale and Purchase Agreement shall be confirmed by Peninsula by way of a written contract recap ("Cargo Recap") which will set out the applicable terms of the relevant individual contract between Peninsula and CI International. For information purposes between the Parties ANNEX A includes an example of the Cargo Recap format.

2.1.2 All Cargo Contracts shall incorporate and be subject to BP Oil International Limited General Terms & Conditions for Sales and Purchases of Crude Oil and Petroleum Products 2015 Edition[3] ("BP 2015 GTCs"), a copy enclosed in ANNEX B.

2.1.3 If there is any conflict or inconsistency between this Master Sale and Purchase Agreement, a Cargo Recap and the terms of BP 2015 GTCs the following order of precedence shall apply: (1) Cargo Recap; (2) Master Sale and Purchase Agreement; (3) BP 2015 GTCs.

---

[1] Disponible en: https://www.bp.com/content/dam/bp-trading/en/global/trading/Documents/BPTradingGTCs/BP%20Oil%20GTCs%202015%20-%20version%201.1.pdf
[3] Available at: https://www.bp.com/content/dam/bp-trading/en/global/trading/Documents/BPTradingGTCs/BP%20Oil%20GTCs%202015%20-%20version%201.1.pdf

la Carga; (2) Contrato Marco de Compraventa; (3) CG BP 2015.

2.1.4 Todo requisito normativo colombiano y toda obligación aduanera y fiscal colombiana que se derive de este Contrato Marco de Compraventa será asumido por CI International y sus filiales que desempeñen actividades en Colombia. CI International y sus filiales acuerdan indemnizar a Peninsula por cualquier incumplimiento de dichas obligaciones aduaneras y fiscales, y pagarán a Peninsula (sobre una base de indemnización completa) por cualquier pérdida, reclamación o responsabilidad, incluidas todas las pérdidas evaluadas por cualquier autoridad aduanera o fiscal, cualquier impuesto, derecho arancelario y tasas más cualquier sanción e interés o cualquier otro coste o gasto derivado de dicho incumplimiento.

2.2    **Contratos de Repostaje**

2.2.1 Todos los Contratos de Repostaje celebrados conforme al presente Contrato Marco de Compraventa serán confirmados por Peninsula mediante un resumen por escrito del contrato ("**Resumen del Repostaje**") en el que se establecerán las condiciones aplicables del contrato individual pertinente entre Peninsula y CI International.

2.2.2 Todos los Contratos de Repostaje deberán incorporar y estar sujetos a las condiciones que se establecen en los BIMCO Terms 2015 Standard Bunker Contract ("**BIMCO**"), de los cuales se adjunta una copia en el ANEXO C[2].

2.2.3 A efectos de información entre las Partes, se incluyen los valores operacionales de cada puerto al momento de la firma de el presente Contrato Marco de Compraventa en el ANEXO D, los cuales CI International podrá ajustar de acuerdo a la situación del mercado informando a Peninsula debidamente previo a cualquier Resumen de Repostaje entre las Partes.

2.2.4   En caso de conflicto o incoherencia entre el presente Contrato Marco de Compraventa, un Resumen de la Carga y BIMCO, se aplicará el siguiente orden de precedencia: (1) Resumen del Repostaje; (2) Contrato Marco de Compraventa; (3) BIMCO.

2.2.5 Peninsula hará los mejores esfuerzos (mas no estará obligada) para comercializar el Producto de CI International dándole la opción de igualar la mejor propuesta de otros oferentes del mercado.

2.1.4 Any Colombian regulatory requirements and Colombian customs and tax obligations derived from this Master Sale and Purchase Agreement shall be borne by CI International and its affiliates carrying out activities in Colombia. CI International and its affiliates agree to indemnify Peninsula for any failure to comply with any such customs and tax obligations and shall pay Peninsula (on a full indemnity basis) for any losses, claims, or liability including all losses assessed by any customs and/or tax authorities, any taxes, customs duties and fees plus any penalties and interest or any other costs or expenses arising from such failure.

**2.2 Bunker Contracts**

2.2.1 All Bunker Contracts entered into pursuant to this Master Sale and Purchase Agreement shall be confirmed by Peninsula by way of a written contract recap ("**Bunker Recap**") which will set out the applicable terms of the relevant individual contract between CI International and Peninsula.

2.2.2 All Bunker Contracts shall incorporate and be subject to BIMCO Terms 2015 Standard Bunker Contract ("**BIMCO**"), a copy enclosed in ANNEX C[4].

2.2.3 For information purposes between the Parties, included in ANNEX D are the operational costs of each port at the time of signing of this Master Sale and Purchase Agreement, subject to changes by CI International in accordance to the market situation notifying Peninsula prior to any Bunker Recap being entered into between the Parties.

2.2.4 If there is any conflict or inconsistency between this Master Sale and Purchase Agreement, a Bunker Recap and BIMCO the following order of precedence shall apply: (1) Bunker Recap; (2) Master Sale and Purchase Agreement; (3) BIMCO.

2.2.5 Peninsula shall use best endeavours (but shall not be obliged) to commercialise CI International's Product giving CI International the option to match the best offer from other competitors in the market.

[2] Según la carta acuerdo firmada entre las Partes el día _____ *de octubre 2020*
[4] As per Letter Agreement signed between the Parties on _____ *October 2020*

3

## 3    Facturas de embarque

3.1    CI International emitirá una factura de embarque a Peninsula en relación con cada Contrato de Repostaje (cada una, una "**Factura de Embarque**"). Peninsula pagará mensualmente las Facturas de Embarque, con sujeción al pleno cumplimiento de la cláusula 4 a continuación por parte de CI International. Peninsula se reserva el derecho a retener el pago de cualquier Factura de Embarque hasta el momento en que CI International haya cumplido todas sus obligaciones (en opinión de Peninsula) en virtud de la cláusula 4 de este Contrato Marco de Compraventa.

## 4    Plazos de crédito para los Contratos de Carga

4.1    Peninsula podrá (a su entera discreción y sin obligación de hacerlo) e incluido en cada Contrato de Carga, otorgar a CI International un Periodo de Crédito (según se define a continuación) con respecto a los Productos entregados por Peninsula en virtud de cada Contrato de Carga de la siguiente manera:

4.1.1    CI International estará obligada a efectuar el pago íntegro de un tercio de los Productos en un plazo de 30 días a partir de la fecha de entrega, de acuerdo con los términos de cada Resumen de la Carga;

4.1.2    CI International estará obligada a efectuar el pago íntegro del segundo tercio de los Productos en un plazo de 60 días a partir de la fecha de entrega, de acuerdo con los términos de cada Resumen de la Carga;

4.1.3    CI International estará obligada a efectuar el pago íntegro del último tercio de los Productos en un plazo de 90 días a partir de la fecha de entrega, de acuerdo con los términos de cada Resumen de la Carga;

(cada uno de ellos un "**Periodo de Crédito**" y, conjuntamente, el "**Plazo de Crédito**").

4.2    Sin perjuicio de la cláusula 4.1 anterior, cuando CI International:

(i)    haya vendido cualquier parte de los Productos entregados por Peninsula en virtud de un Contrato de Carga en cualquier momento durante el Periodo de Crédito (salvo cuando haya vendido a Peninsula en virtud de un Contrato de Repostaje), CI International estará obligada a pagar inmediatamente a Peninsula tras la entrega por parte de CI International de dichos Productos; o

(ii)    haya vendido más de un tercio de los Productos entregados por Peninsula en virtud de cada Contrato de Carga antes del vencimiento de cualquier Periodo de Crédito, CI International deberá pagar a Peninsula el

## 3    Barging Invoices

3.1 CI International will issue a barging invoice to Peninsula in relation to each Bunker Contract (each a "**Barging Invoice**"). Peninsula shall pay the Barging Invoices on a monthly basis, subject to CI International's full compliance with clause 4 below. Peninsula reserves the right to withhold payment of any Barging Invoices until such time when CI International has fulfilled all of its obligations (in Peninsula's opinion) under clause 4 of this Master Sale and Purchase Agreement.

## 4    Credit Terms for Cargo Contracts

4.1 Peninsula may (in its sole discretion and having no obligation to do so) and included in each Cargo Contract, grant CI International with a Credit Period (as defined below) in respect of the Products delivered by Peninsula under each Cargo Contract as follows:

4.1.1 CI International shall be liable to make full payment for one-third of the Products on 30 days commencing on the date of delivery in accordance with the terms of each Cargo Recap;

4.1.2 CI International shall be liable to make full payment for the second-third of the Products on 60 days commencing on the date of delivery in accordance with the terms of each Cargo Recap;

4.1.3 CI International shall be liable to make full payment for the final third of the Products on 90 days commencing on the date of delivery in accordance with the terms of each Cargo Recap;

(each a "**Credit Period**" and together the "**Credit Term**").

4.2 Notwithstanding clause 4.1 above, where CI International:

(i)    Has on-sold any part of the Products delivered by Peninsula under a Cargo Contract at any time during the Credit Period (other than where it has sold to Peninsula under a Bunker Contract), CI International will be liable to immediately pay Peninsula upon delivery by CI International of such Products; or

(ii)    Has on-sold more than a third of the Products delivered by Peninsula under each Cargo Contract by the expiry of any Credit Period, CI International will be required to pay Peninsula for the additional on-sold Product sold during such Credit Period.

4

Producto adicional vendido durante dicho Periodo de Crédito.

4.3    CI International será responsable de proporcionar a Peninsula una confirmación por escrito suficiente (incluidos, sin limitación, los Albaranes de Repostaje) de los Productos que haya vendido y entregado de acuerdo con la cláusula 4.2(i) anterior.

4.4    CI International deberá realizar pagos íntegros a Peninsula tanto si se ha pagado a CI International por el Producto vendido como si no según la cláusula 4.2, y se encargará de que todos los pagos se realicen en su totalidad sin compensación, contrademanda, deducción o retención y de acuerdo con el Plazo de Crédito y las condiciones del correspondiente Resumen de la Carga.

4.5    Si en cualquier momento tras la firma de un Contrato: (i) Peninsula (en su opinión) considera que la posición financiera o la solvencia crediticia de CI International es deficiente o insatisfactoria; o (ii) la exposición financiera agregada de CI International en virtud de cualquier Contrato supera el límite de crédito establecido por Peninsula en ese momento; o (iii) Peninsula tiene conocimiento de cualquier factor que (en su opinión) pudiera mermar los derechos de Peninsula en virtud de un Contrato, Peninsula puede, sin perjuicio de sus otros derechos, exigir a CI International que:

4.5.1    pague en efectivo antes de la entrega del Producto para cualquier entrega futura; o
4.5.2    proporcione a Peninsula un nivel de seguridad satisfactorio, además del Acuerdo de Seguridad, que pueda cubrir tanto las entregas futuras como las entregas realizadas pero aún no pagadas; o
4.5.3    efectúe el pago inmediato de cualquier importe pendiente adeudado por el Grupo CI a Peninsula con respecto a cualquier Contrato entre Peninsula y el Grupo Comprador (sin perjuicio de cualquier Periodo de Crédito establecido en dicho contrato).

4.6    Si CI International incumple esta cláusula 4 con respecto a un Contrato, Peninsula no tendrá la obligación de hacer ninguna entrega de Productos a CI International en virtud de cualquier otro contrato, y podrá:

4.6.1    rescindir de forma inmediata todos los demás Contratos entre Peninsula y CI International previa notificación a este efecto a CI International; o
4.6.2    cancelar cualquier Periodo de Crédito en virtud de cualquier otro Contrato entre Peninsula y CI International; y

4.3 CI International shall be liable to provide Peninsula with sufficient written confirmation (including, but not limited to each Bunker Delivery Note (BDN)) of any Product that it has on-sold and delivered in accordance with clause 4.2(i) above.

4.4 CI International shall be liable to make full payments to Peninsula whether CI International has been paid for such on-sold Product as per clause 4.2 and will arrange for all payments to be made in full without any set-off, counterclaim, deduction or withholding and in accordance with the Credit Term and the terms of the relevant Cargo Recap.

4.5 If, at any time following the entry into a Contract: (i) CI International's financial position and/or credit worthiness is deemed by Peninsula (in its opinion) to be impaired or unsatisfactory; or (ii) CI International's aggregate financial exposure under any Contracts exceeds the credit limit set by Peninsula at the time; or (iii) Peninsula becomes aware of any factor which (in its opinion) could prejudice Peninsula's rights under a Contract, Peninsula may, without prejudice to its other rights, require CI International to:

4.5.1    Pay cash before the delivery of Product for any future deliveries; and/or
4.5.2    Provide security satisfactory, in addition to the Security Agreement, to Peninsula which can cover both future deliveries and deliveries made but not yet paid for; and/or
4.5.3    Effect immediate payment of any outstanding amounts due from the CI Group to Peninsula in respect of any Contract between Peninsula and the Buyer Group (notwithstanding any Credit Period set out in such contract).

4.6 If CI International fails to comply with this clause 4 in respect of a Contract, Peninsula shall have no obligation to make any delivery of Product to CI International under any other contract, and:

4.6.1    May terminate all other Contracts between Peninsula and CI International immediately on giving notice to that effect to CI International; or
4.6.2    May cancel any Credit Period under any other Contract between Peninsula and CI International; and

4.6.3   exigir que CI International efectúe el pago inmediato de cualquier importe adeudado en virtud de cualquier otro contrato.

## 5   Compensación por parte de Peninsula

5.1   Peninsula podrá, en cualquier momento y sin previo aviso a CI International, compensar cualquier cantidad adeudada por Peninsula a CI International en virtud de cualquier Contrato de Repostaje respecto a cualquier cantidad adeudada por CI International a Peninsula en virtud de cualquier Contrato de Carga. El ejercicio por parte de Peninsula de sus derechos en virtud de esta cláusula no limitará ni afectará a ningún otro derecho o recurso disponible en virtud de cualquier Contrato de Carga, de este Contrato Marco de Compraventa o de otro modo.

## 6   Derecho de Peninsula a designar a un perito

6.1   En relación con cualquier Contrato de Carga celebrado entre las Partes, Peninsula tendrá derecho a designar a un perito para que inspeccione y mida el Producto en cualquier momento, mediante notificación por escrito a CI International con 48 horas de antelación. Los costes del perito serán por cuenta de Peninsula.

## 7   Acuerdo de seguridad

7.1   Como se establece en la cláusula 4 anterior, Peninsula podrá, a su entera discreción, conceder a CI International un Plazo de Crédito cuando lo estime oportuno en virtud de los Contratos de Carga aplicables, a través del cual Peninsula estaría entregando el Producto, y a CI International se le concederán ciertas condiciones de pago flexibles como se ha descrito anteriormente. En relación con lo anterior, y a efectos de garantizar las obligaciones de pago en virtud del Plazo de Crédito, CI International acuerda otorgar un contrato de garantía mobiliaria sobre su inventario rotativo de Productos ubicado en Colombia, en Santa Marta, Colombia, en la forma contenida en el ANEXO E del presente Contrato Marco de Compraventa que estará sujeto a la legislación colombiana, garantizará el pago correcto y oportuno de las obligaciones en virtud del presente Contrato y de los Contratos de Carga y que será debidamente inscrito en el Registro Nacional de Garantías Mobiliarias, de acuerdo con las condiciones establecidas en la Ley 1676 de 2013. El contrato de garantía mobiliaria se otorgará a partir de la formalización de este Contrato Marco de Compraventa y permanecerá en pleno vigor y efecto hasta que se hayan cumplido íntegramente todas las obligaciones de pago de CI International a Peninsula.

4.6.3   Require that CI International make immediate payment of any amounts due under any other contract.

## 5   Set-Off by Peninsula

5.1 Peninsula may at any time and without notice to CI International, set-off any amounts due by Peninsula to CI International under any Bunker Contract against any amounts due by CI International to Peninsula under any Cargo Contract. Any exercise by Peninsula of its rights under this clause shall not limit or affect any other rights or remedies available to it under any Cargo Contract, this Master Sale and Purchase Agreement or otherwise.

## 6   Peninsula's Right to Appoint a Surveyor

6.1 In relation to any Cargo Contract entered between the Parties, Peninsula shall have the right to appoint a surveyor to inspect and measure the Product at any time by giving CI International 48 hours prior written notice. The costs of the surveyor shall be for Peninsula's account.

## 7   Security Agreement

7.1 As established in Section 4 above, Peninsula may, at its own discretion, grant CI International Credit Term from time to time under the applicable Cargo Contracts, through which, Peninsula would be delivering Product and CI International will be granted certain flexible payment conditions as described above. In connection with above, and for purposes of securing the payment obligations under the Credit Term, CI International agrees to grant a pledge agreement (contrato de garantía mobiliaria) over its Product revolving inventory located in Colombia at Santa Marta, Colombia, in the form contained in ANNEX E to this Master Sale and Purchase Agreement that will be subject to Colombian law, will guarantee the correct and timely payment of the obligations under this Agreement and the Cargo Contracts and which will be duly registered in the National Registry of Security Interests over Moveable Assets, as per the terms and conditions contained in Law 1676 of 2013. The pledge agreement will be granted as of the execution of this Master Sale and Purchase Agreement and will remain in full force and effect until all payment obligations from CI International to Peninsula are complied with and fully discharged.

6

**8        Extinción en caso de insolvencia**

8.1    Sin perjuicio de cualquier disposición expresa o implícita en sentido contrario, Peninsula (sin perjuicio de sus demás derechos) podrá, a su entera discreción, suspender inmediatamente la entrega en virtud de un Contrato entre Peninsula y CI International, o extinguir dicho contrato, mediante notificación a CI International si CI International:

8.1.1    se disuelve;

8.1.2    se declara insolvente o no puede pagar sus deudas o no las paga o admite por escrito su incapacidad general para pagar sus deudas a medida que vencen;

8.1.3    tiene lugar cualquiera de los eventos que figuran en el párrafo 4.5. anterior;

8.1.4    hace una cesión general, o realiza un acuerdo o convenio con o en beneficio de sus acreedores;

8.1.5    inicia o se ha iniciado contra ella un procedimiento para solicitar una sentencia de insolvencia o quiebra o cualquier otra medida en virtud de cualquier ley de quiebra o insolvencia u otra ley similar que afecte a los derechos del acreedor, o se presenta una petición para su disolución o liquidación y no se retira, desestima, libera, suspende o restringe dentro del período de tiempo requerido por Peninsula a su absoluta discreción;

8.1.6    tiene una resolución aprobada para su disolución, gestión oficial o liquidación;

8.1.7    solicita o queda sujeta a la designación de un administrador, liquidador provisional, conservador, síndico, fideicomisario, custodio u otro funcionario similar para ella o para la totalidad o una parte sustancial de sus activos;

8.1.8    hace que una parte asegurada tome posesión de la totalidad o una parte sustancial de sus activos o tiene un embargo, mandamiento judicial, decomiso, confiscación u proceso legal impuesto sobre la totalidad o una parte sustancial de sus activos;

8.1.9    causa o está sujeta a cualquier evento con respecto a ella que, según las leyes aplicables de cualquier jurisdicción, tenga un efecto análogo a cualquiera de los eventos especificados en esta cláusula 8; o

8.1.10    toma alguna medida para promover o indicar su consentimiento, aprobación o aceptación de cualquiera de los actos mencionados en esta cláusula 8.

8.2    La extinción de cualquier Contrato por parte de Peninsula en virtud de esta cláusula 8 no afectará de ningún modo los derechos de Peninsula y las obligaciones de CI International en virtud de dicho Contrato o de cualquier otro

**8    Termination in the Event of Insolvency**

8.1 Notwithstanding anything to the contrary express or implied, Peninsula (without prejudice to its other rights) may at its sole discretion immediately suspend delivery under and/or terminate a Contract between Peninsula and CI International by notice to CI International if CI International:

8.1.1    Is dissolved;

8.1.2    Becomes insolvent or is unable to pay its debts or fails or admits in writing its inability generally to pay its debts as they become due;

8.1.3    Any of the event contained in numeral 4.5. above occurs;

8.1.4    Makes a general assignment, arrangement or composition with or for the benefit of its creditors;

8.1.5    Institutes or has instituted against it a proceeding seeking a judgment of insolvency or bankruptcy or any other relief under any bankruptcy or insolvency law or other similar law affecting creditor's rights, or a petition is presented for its winding-up or liquidation and is not withdrawn, dismissed, discharged, stayed or restrained within the time period required by Peninsula in its absolute discretion;

8.1.6    Has a resolution passed for its winding-up, official management or liquidation;

8.1.7    Seeks or becomes subject to the appointment of an administrator, provisional liquidator, conservator, receiver, trustee, custodian or other similar official for it or for all or substantially all its assets;

8.1.8    Has a secured party take possession of all or substantially all its assets or has a distress, execution, attachment, sequestration or other legal process levied, enforced or sued on or against all or substantially all its assets;

8.1.9    Causes or is subject to any event with respect to it which, under the applicable laws of any jurisdiction, has an analogous effect to any of the events specified in this clause 8; or

8.1.10    Takes any action in furtherance of, or indicating its consent to, approval of, or acquiescence in, any of the acts referred to in this clause 8.

8.2 The termination of any Contract by Peninsula under this clause 8 shall not affect in any way any of

contrato entre las partes que se haya creado, incurrido o contratado antes de dicha extinción por parte de Peninsula.

**9       Integridad del Contrato**

9.1      El presente Contrato Marco de Compraventa, los Resúmenes de la Carga y los Resúmenes de Repostaje contienen el acuerdo íntegro entre las Partes con respecto a los asuntos establecidos en el presente y sustituyen a todos los acuerdos anteriores, ya sean orales o escritos, en relación con el mismo. CI International y Peninsula garantizan que, en relación con el Contrato Marco de Compraventa, los Resúmenes de la Carga y los Resúmenes de Repostaje, no se han basado en ninguna declaración, ya sea escrita u oral, hecha por la otra Parte o en su nombre, sino que se han basado exclusivamente en su propio conocimiento, juicio y experiencia.

**10       Idioma**

10.1     El presente Contrato de Marco de Compraventa ha sido redactado en español e inglés para el beneficio de las Partes. En caso de contradicción entre lo previsto en la columna en español y la columna en ingles del presente Contrato de Marco de Compraventa, prevalecerá lo dispuesto en la columna en inglés.

**11       Legislación aplicable y arbitraje**

11.1      La interpretación, validez y ejecución del presente Contrato Marco de Compraventa o de cualquier Resumen de la Carga o Resumen del Repostaje, y cualquier disputa o reclamación que surja de o en relación con este Contrato Marco de Compraventa o con cualquier Resumen de la Carga o Resumen del Repostaje y su objeto o formación (incluidas las disputas o reclamaciones no contractuales) se regirán e interpretarán de acuerdo con la legislación inglesa, con exclusión de cualquier otra ley que pueda ser imputada de acuerdo con las normas de elección de ley aplicables en cualquier jurisdicción.

11.2      Cualquier disputa que surja de o en relación con este Contrato Marco de Compraventa o con cualquier Resumen de la Carga o Resumen del Repostaje, incluida cualquier cuestión relativa a su existencia, validez o extinción, se remitirá y resolverá finalmente mediante arbitraje conforme a las Reglas de la LCIA, las cuales se consideran incorporadas por referencia a esta cláusula. El número de árbitros será uno. La sede, o lugar legal, del arbitraje será Londres,

Peninsula's rights and CI International's obligations under any such Contract or any other contracts between the parties which were created, incurred or contracted prior to such termination by Peninsula.

**9      Entire Agreement**

9.1 This Master Sale and Purchase Agreement, the Cargo Recaps and the Bunker Recaps contain the entire agreement between the Parties with respect to the matters set out herein and supersedes all prior agreements, whether oral or written, in connection therewith. CI International and Peninsula each warrant that it has not in connection with the Master Sale and Purchase Agreement, any Cargo Recaps or Bunker Recaps relied upon any representations, whether written or oral, made by or on behalf of the other Party, but has relied exclusively on its own knowledge, judgement and expertise.

**10      Language**

**10.1** This Master Sale and Purchase Agreement has been written in Spanish and English for the benefit of the Parties. In case of contradiction between the terms of the Spanish column and the English column of this Master Sale and Purchase Agreement, the terms of the English column shall prevail.

**11      Governing Law and Arbitration**

11.1 The construction, validity and performance of this Master Sale and Purchase Agreement and/or any Cargo Recap and/or any Bunker Recap and any dispute or claim arising out of or in connection with this Master Sale and Purchase Agreement and/or any Cargo Recap and/or any Bunker Recap and their subject matter or formation (including non-contractual disputes or claims) shall be governed by and construed in accordance with English law to the exclusion of any other law which may be imputed in accordance with choice of law rules applicable in any jurisdiction.

11.2 Any dispute arising out of or in connection with this Master Sale and Purchase Agreement and/or any Cargo Recap and/or any Bunker Recap, including any question regarding their existence, validity or termination, shall be referred to and finally resolved by arbitration under the LCIA Rules, which Rules are deemed to be incorporated by reference into this clause. The number of arbitrators shall be one. The seat, or legal place, of arbitration shall be

Inglaterra. El idioma que se utilizará en el procedimiento arbitral será el inglés.

London, England. The language to be used in the arbitral proceedings shall be English.

**SIGNATARIOS (en la página siguiente):**

**SIGNATORIES (on following page):**

9

FIRMADO en nombre de:                          SIGNED on behalf of:


**CI Internacional Fuels LLC**                 **CI International Fuels LLC**




Por: _____                By: _____


Nombre: _____                 Name: _____


Cargo: _____                 Title:   _____




FIRMADO en nombre de:                          SIGNED on behalf of:


**PENINSULA PETROLEUM LIMITED**                **PENINSULA PETROLEUM LIMITED**




Por: _____                By: _____


Nombre: _____                 Name: _____


Cargo: _____                 Title:   _____