**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 22-CV-20712-RKA**

PENINSULA PETROLEUM LIMITED,

        Plaintiff,

v.

CI INTERNATIONAL FUELS, LLC,

        Defendant.

_____/

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

**COMES NOW,** Lori Dilican, Esq., Maria Larrabure, Esq., and Sanchez Vadillo, LLP, by and through its undersigned counsel, hereby files this Motion to Withdraw as Counsel for the Defendant, CI INTERNATIONAL FUELS, LLC, in the above-captioned matter and states as follows:

1.      Lori Dilican, Esq. and Sanchez Vadillo, LLP were retained as counsel to represent the Defendant in the above-captioned matter.

2.      Over the course of this litigation irreconcilable differences have manifested between undersigned counsel and the client, which prevent Sanchez Vadillo, LLP from further representing the Defendant, CI INTERNATIONAL FUELS, LLC, in this case.

3.      No prejudice will inure to the Plaintiff by allowing Lori Dilican, and Sanchez Vadillo, LLP to withdraw as counsel of record.

4.      All future pleadings and papers shall be directed to and served on Defendant, as follows:

      Address:      Calle 77B No. 59-61 Off 1101
                         Barranquilla - Colombia
                         CI International Fuels S.A.S

      E-mail:       Jaime Alberto Ochoa Muñoz, manager@ciinternationalfuels.com

      Tel. No.:     +57 315 6831507

**WHEREFORE** Sanchez Vadillo, LLP respectfully requests that this Court enter an order allowing Lori Dlican, Esq., Maria Larrabure, Esq., and Sanchez Vadillo, LLP, to withdraw as counsel in this matter, that Defendant, CI INTERNATIONAL FUELS, LLC, be permitted to secure new counsel within the time constraints determined by the Court and that all future pleadings and papers be directed to and served on Defendant at manager@ciinternationalfuels.com.

Respectfully submitted,                    Respectfully submitted,

| | |
|---|---|
| **Sanchez Vadillo, LLP**<br>11402 NW 41st Street, Suite 202<br>Doral, Florida 33178<br>Telephone: (305) 485-9700<br>Facsimile: (305) 485-8903<br>E-mail: ldilican@svlawus.com<br><br>By: /s/ Lori Dilican<br>      Lori Dilican, Esq.<br>      Fla. Bar No. 100472 | **Sanchez Vadillo, LLP**<br>11402 NW 41st Street, Suite 202<br>Doral, Florida 33178<br>Telephone: (305) 485-9700<br>Facsimile: (305) 485-8903<br>E-mail: mlarrabure@svlawus.com<br><br>By: /s/ Maria Larrabure<br>      Maria Larrabure, Esq.<br>      Fla. Bar No. 86059 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and served on all parties registered via the CM/ECF e-filing portal on this 12th day of May 2023 and via e-mail to CI INTERNATIONAL FUELS, LLC at manager@ciinternationalfuels.com.

By: /s/ Lori Dilican
      Lori Dilican, Esq.
      Fla. Bar No. 1004723

By: /s/ Maria Larrabure
      Maria Larrabure, Esq.
      Fla. Bar No. 86059