UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-CV-20712-RKA

PENINSULA PETROLEUM LIMITED,

    Plaintiff,

v.

CI INTERNATIONAL FUELS, LLC,

    Defendant.
_____/

### [1]AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW,** Lori Dilican, Esq., and Sanchez Vadillo, LLP, by and through its undersigned counsel, hereby files this Motion to Withdraw as Counsel for the Defendant, CI INTERNATIONAL FUELS, LLC, in the above-captioned matter and states as follows:

1. Lori Dilican, Esq. and Sanchez Vadillo, LLP were retained as counsel to represent the Defendant in the above-captioned matter.

2. Over the course of this litigation irreconcilable differences have manifested between undersigned counsel and the client, which prevent Sanchez Vadillo, LLP from further representing the Defendant, CI INTERNATIONAL FUELS, LLC, in this case.

3. No prejudice will inure to the Plaintiff by allowing Lori Dilican, and Sanchez Vadillo, LLP to withdraw as counsel of record.

4. All future pleadings and papers shall be directed to and served on Defendant, as follows:

    Address:    Calle 77B No. 59-61 Off 1101
                           Barranquilla - Colombia
                           CI International Fuels S.A.S

    E-mail:     Jaime Alberto Ochoa Muñoz, manager@ciinternationalfuels.com

---

[1] Amended solely to remove Maria Larrabure, Esq.

   Tel. No.:  +57 315 6831507

**WHEREFORE** Sanchez Vadillo, LLP respectfully requests that this Court enter an order allowing Lori Dlican, Esq., and Sanchez Vadillo, LLP, to withdraw as counsel in this matter, that Defendant, CI INTERNATIONAL FUELS, LLC, be permitted to secure new counsel within the time constraints determined by the Court and that all future pleadings and papers be directed to and served on Defendant at manager@ciinternationalfuels.com.

               Respectfully submitted,

               **Sanchez Vadillo, LLP**
               11402 NW 41st Street, Suite 202
               Doral, Florida 33178
               Telephone: (305) 485-9700
               Facsimile: (305) 485-8903
               E-mail: ldilican@svlawus.com

               By: /s/ Lori Dilican
                 Lori Dilican, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and served on all parties registered via the CM/ECF e-filing portal on this 12th day of May 2023 and via e-mail to CI INTERNATIONAL FUELS, LLC at manager@ciinternationalfuels.com.

               By: /s/ Lori Dilican
                 Lori Dilican, Esq.
                 Fla. Bar No. 1004723