UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-CV-20712-RKA

PENINSULA PETROLEUM LIMITED,

    Plaintiff,

v.

CI INTERNATIONAL FUELS, LLC,

    Defendant.
_____/

### NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL OF RECORD (ECF No. 75)

COMES NOW, Lori Dilican and Sanchez Vadillo, LLP hereby give notice of withdrawal of the Motion to Withdraw as Counsel of Record (ECF No. 75), filed on May 12, 2023 and states as follows:

1. On or about May 12, 2023, a Motion to Withdraw as Counsel of Record was filed (the "Motion").

2. Since the filing of the Motion Lori Dilican and Sanchez Vadillo, LLP have reconciled their differences with Defendant, CI INTERNATIONAL FUELS, LLC.

3. As a result, the Motion to Withdraw as Counsel of Record is hereby withdrawn.

**WHEREFORE**, Sanchez Vadillo, LLP respectfully requests this Court cancel the hearing scheduled for May 19, 2023 and take notice that the Motion to Withdraw as Counsel of Record filed on May 12, 2023, has been withdrawn.

Respectfully submitted,

**Sanchez Vadillo, LLP**
11402 NW 41st Street, Suite 202
Doral, Florida 33178
Telephone: (305) 485-9700
Facsimile: (305) 485-8903
E-mail: ldilican@svlawus.com

By: /s/ Lori Dilican
    Lori Dilican, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and served on all parties registered via the CM/ECF e-filing portal on this 16th day of May 2023 and via e-mail to CI INTERNATIONAL FUELS, LLC at manager@ciinternationalfuels.com.

By: /s/ Lori Dilican
    Lori Dilican, Esq.
    Fla. Bar No. 1004723