UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-20712-ALTMAN/Reid

PENINSULA PETROLEUM LIMITED,

        Plaintiff,

vs.

CI INTERNATIONAL FUELS LLC,

        Defendant.

_____/

## MEDIATOR'S REPORT

The above captioned case was mediated on May 25, 2023. Mediation resulted in:

_____ A settlement as to all issues

__✓_____ An impasse or lack of agreement

_____ Adjournment

_____
Markel Arrizabalaga
K&A MEDIATION
Florida Bar No. 8052
Mediator No. 18276R

2525 Ponce De Leon Boulevard, #300
Coral Gables, Florida 33134
Telephone: (305) 377-2728
Email: markel@kamediation.com
www.kamediation.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was eserved to the following this 24 day of May 2023:

All Counsel of Record

_____