**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 22-cv-20712-RKA

PENINSULA PETROLEUM LIMITED,

Plaintiff,

v.

CI INTERNATIONAL FUELS LLC,

Defendant. /

**PLAINTIFF'S NOTICE OF DISCOVERY HEARING**

Plaintiff, Peninsula Petroleum Limited ("Peninsula" or "Plaintiff"), in accordance with Magistrate Judge Lisette M. Reid's Discovery Procedures, gives notice that a discovery hearing will be held before her via Zoom on **July 26, 2023 at 10:00 am** on the sanctions and other consequences that may result should Defendant not produce the requisite documents or otherwise fully respond to (i) Plaintiff's Request for Production Nos. 2, 7 through 12, 15, 18, 24, and 28; and (ii) Plaintiff's Second Request for Production Nos. 1, and 8 through 11. The parties dispute the sufficiency, adequacy, and responsiveness of the objections and responses to these requests. Counsel for the parties appear to have reached consensus on the discoverability of the items identified above, but there are significant material gaps in Defendant's production thus far, supplemental productions needs to be made, and Plaintiff has been given no assurance to date of the completeness of the production.

The undersigned certifies that, before filing this Notice, counsel for Defendant (Lori Dilican) conferred with counsel for Plaintiff (Evan Gutwein and Joe Johnson) by video conference

on June 26, 2023, regarding the underlying discovery disputes. Counsel for the parties were unable to reach consensus on the issues except as indicated above.

Dated: July 7, 2023

Respectfully submitted,

By: /s/ Evan S. Gutwein

HAMILTON, MILLER, & BIRTHISEL LLP
Evan S. Gutwein (FBN 58741)
egutwein@hamiltonmillerlaw.com
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
(305) 379-3686 (telephone)
(305) 279-3690 (facsimile)
***Attorneys for Plaintiff***

-and-

ZEILER FLOYD ZADKOVICH (US) LLP
Luke Zadkovich, Esq.
luke.zadkovich@zeilerfloydzad.com
(Admitted *Pro Hac Vice*)
Joseph Johnson, Esq.
joe.johnson@zeilerfloydzad.com
(Admitted *Pro Hac Vice*)
215 Park Avenue, 11th Floor
New York, NY 100003
(917) 375-9511

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2023 I served this document via email on the parties listed in the service list below.

By: /s/ Evan S. Gutwein

| | |
|---|---|
| SANCHEZ VADILLO, LLP<br>Lori Dilican<br>ldilican@svlawus.com<br>11402 NW 41st St, Suite 202<br>Doral, Florida 44178<br>(305) 436-1410 (telephone)<br>(305) 436-0191 (facsimile)<br>***Attorneys for Defendant*** | HAMILTON, MILLER, & BIRTHISEL LLP<br>Evan S. Gutwein (FBN 58741)<br>egutwein@hamiltonmillerlaw.com<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 33131<br>(305) 379-3686 (telephone)<br>(305) 279-3690 (facsimile)<br><br>and<br><br>ZEILER FLOYD ZADKOVICH (US) LLP<br>Luke Zadkovich, Esq.<br>Luke.zadkovich@zeilerfloydzad.com<br>(Admitted *Pro Hac Vice*)<br>Joseph Johnson, Esq.<br>joe.johnson@zeilerfloydzad.com<br>(Admitted *Pro Hac Vice*)<br>215 Park Avenue, 11th Floor<br>New York, NY 100003<br>(917) 375-9511<br>***Attorneys for Plaintiff*** |