UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-CV-20712-RKA

PENINSULA PETROLEUM LIMITED,

    Plaintiff,

v.

CI INTERNATIONAL FUELS, LLC,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF DISCOVERY HEARING

Defendant, CI INTERNATIONAL FUELS, LLC ("Defendant"), in accordance with Magistrate Judge Lisette M. Reid's Discovery Procedures, gives notice that a discovery hearing will be held before her via Zoom on July 26, 2023, at 10:00 am on the discovery issues that have arisen between Plaintiff and Defendant.

Plaintiff failed to produce the requisite documents or otherwise fully respond to Defendant's First Request for Production in its entirety and merely produced a seventy-four (74) page privileged log, without producing a single document in response to same. Furthermore, Defendant disputes the sufficiency, adequacy, and responsiveness of the objections and responses to Defendant's Request for Production.

The parties recognize that the court's determination as to the pending motion to dismiss will have a determinative impact as to discovery issues.

The undersigned certifies that before filing this Notice, Defendant's counsel conferred with Plaintiff's counsel via video conference on June 26, 2023, and June 29, 2023.

        Respectfully submitted,

        **SANCHEZ VADILLO, LLP**
        3105 NW 107th Avenue, Suite 103
        Doral, Florida 33172
        Telephone: (305) 485-9700
        Facsimile: (305) 485-8903
        E-mail: ldilican@svlawus.com

        By: /s/ Lori Dilican
            Lori Dilican, Esq.
            Fla. Bar No. 100472

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and served on all parties registered via the CM/ECF e-filing portal on this 7th day of July 2023.

        By: /s/ Lori Dilican
            Lori Dilican, Esq.
            Fla. Bar No. 1004723