UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-cv-20712-RKA

PENINSULA PETROLEUM LIMITED,

   Plaintiff,

v.

CI INTERNATIONAL FUELS LLC,

   <u>  Defendant.  </u>/

**<u>PLAINTIFF'S NOTICE OF FILING RESPONSE TO DEFENDANT'S OBJECTIONS
TO PLAINTIFF'S REQUESTS FOR PRODUCTION</u>**

Plaintiff, PENINSULA PETROLEUM LIMITED, by and through its undersigned counsel, and pursuant to this Court's Order [ECF 91], hereby files its responses to Defendant's objections to Plaintiff's Requests for Production.

Dated: August 16, 2023

            Respectfully submitted,

            By: <u>/s/ Evan S. Gutwein</u>
            HAMILTON, MILLER, & BIRTHISEL LLP
            Jerry D. Hamilton (FBN 970700)
            jhamilton@hamiltonmillerlaw.com
            Evan S. Gutwein (FBN 58741)
            egutwein@hamiltonmillerlaw.com
            150 S.E. Second Avenue, Suite 1200
            Miami, Florida 33131
            (305) 379-3686 (telephone)
            (305) 279-3690 (facsimile)
            *Attorneys for Plaintiff*

              -and-

ZEILER FLOYD ZADKOVICH (US) LLP
Luke Zadkovich, Esq.
luke.zadkovich@zeilerfloydzad.com
(Admitted *Pro Hac Vice*)
Joseph Johnson, Esq.
joe.johnson@zeilerfloydzad.com
(Admitted *Pro Hac Vice*)
215 Park Avenue, 11th Floor
New York, NY 100003
(917) 375-9511

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2023 I electronically filed this document using the Court's CM/ECF system, which will automatically serve a copy on all counsel of record.

By: /s/ Evan S. Gutwein

| DILICAN LAW FIRM, P.A.<br>Lori Dilican<br>ldilican@dilicanlaw.com<br>8050 SW 72nd Ave. Apt. No. 2307<br>Miami, FL 33143<br>Tel. No. (561) 951-9612<br>***Attorneys for Defendant*** | HAMILTON, MILLER, & BIRTHISEL LLP<br>Evan S. Gutwein (FBN 58741)<br>egutwein@hamiltonmillerlaw.com<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 33131<br>(305) 379-3686 (telephone)<br>(305) 279-3690 (facsimile)<br><br>and<br><br>ZEILER FLOYD ZADKOVICH (US) LLP<br>Luke Zadkovich, Esq.<br>Luke.zadkovich@zeilerfloydzad.com<br>(Admitted *Pro Hac Vice*)<br>Joseph Johnson, Esq.<br>joe.johnson@zeilerfloydzad.com<br>(Admitted *Pro Hac Vice*)<br>215 Park Avenue, 11th Floor<br>New York, NY 100003<br>(917) 375-9511<br>*Attorneys for Plaintiff* |
|---|---|

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690