**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 22-cv-20712-ALTMAN/REID

PENINSULA PETROLEUM LIMITED,

                Plaintiff,

    v.

CI INTERNATIONAL FUELS LLC,

                Defendant.      /

                                 

## ORDER ON PLAINTIFF'S REQUESTS FOR PRODUCTION

THIS CAUSE is before the Court pursuant to the Oral Motion to Compel [ECF No. 90] and the Notices of Hearing [ECF Nos. 97 and 98]. After considering the submissions of the parties and hearing argument from counsel on October 18, 2023, the Court has carefully considered these matters and is fully advised. For the reasons stated on the record, the Court makes the following determinations regarding Defendant's objections:

1. Plaintiff's First Set of RFPs

For Request Nos. 7, 8, and 10–12, Defendant shall amend its responses as discussed during the hearing and state whether the responses are complete.

For Request No. 15, Defendant shall supplement its response. The parties are to meet and confer further, as needed.

For Request Nos. 18 and 28, Defendant shall provide its production by **November 30, 2023**. Defendant's failure to produce documents by November 30, 2023 will result in an imposition of sanctions in the form of attorneys' fees as incurred by Plaintiff and may result in contempt proceedings.

The parties will meet and confer regarding Request No. 24. Defendant shall amend its response as discussed during the hearing and state whether the response is complete. Defendant agreed to translate the already-produced documents.

2. Plaintiff's Second Set of RFPs

For Request Nos. 1 and 8–11, Defendant shall provide its production of documents by **November 30, 2023**. Defendant's failure to produce documents by November 30, 2023 will result in an imposition of sanctions in the form of attorneys' fees as incurred by Plaintiff and may result in contempt proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of October 2023.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:     **U.S. District Court Judge Roy K. Altman**; and
        **All Counsel of Record**

2