UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20712-ALTMAN/Reid

**PENINSULA PETROLEUM LTD.**,

    *Plaintiff*,

v.

**CI INTERNATIONAL FUELS LLC**,

    *Defendant*.

_____/

## ORDER

In this contract dispute between two marine-fuel distributors, the Plaintiff is an Irish corporation, and the Defendant is a Florida-registered LLC. *See* Amended Complaint [ECF No. 38] ¶¶ 2–3. On March 22, 2023, the Defendant filed a Renewed Motion to Dismiss, in which it argued, among other things, that the husband-and-wife members of the Defendant LLC are domiciled, not in Florida, but in Colombia. *See* Renewed Motion to Dismiss [ECF No. 69] at 15. The parties have been engaged in jurisdictional discovery for about a year, but they've run into some disagreements. Believing that the Defendant has failed to comply with Magistrate Judge Reid's discovery orders, the Plaintiff has filed a Motion for Sanctions [ECF No. 104], which is now fully briefed. For the reasons we articulated on the record at the April 16, 2024, status conference, *see* Paperless Minute Entry [ECF No. 112], we hereby **ORDER and ADJUDGE** as follows:

1. The Renewed Motion to Dismiss [ECF No. 69] is **DENIED without prejudice**.

2. Once Judge Reid has adjudicated the Plaintiff's Motion for Sanctions [ECF No. 104], we will allow the Defendant to refile its motion to dismiss.

3. In the meantime, this case remains administratively **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on April 17, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record