UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20712-ALTMAN/Reid

**PENINSULA PETROLEUM LTD.**,

    *Plaintiff*,

v.

**CI INTERNATIONAL FUELS LLC**,

    *Defendant*.

_____/

## ORDER AFTER HEARING

As discussed at the September 5, 2024, show-cause evidentiary hearing, *see* Paperless Minutes Entry [ECF No. 128], we hereby **ORDER and ADJUDGE** as follows:

1. The Defendant's Objections [ECF No. 116] to Magistrate Judge Reid's Report & Recommendation [ECF No. 114] are **OVERRULED**.

2. Magistrate Judge Reid's Report & Recommendation [ECF No. 114] is **ADOPTED**, and the Plaintiff's Motion for Sanctions [ECF No. 104] is **GRANTED**.

3. The parties must confer about (i) the *reasonable* amount of sanctions (limited to attorneys' fees and costs), and (ii) the existence of subject-matter jurisdiction. By **October 4, 2024**, the parties must file a joint notice on the docket, indicating the results of these discussions.

4. Should this case not settle by October 4, 2024, we will provide further guidance.

5. This case remains otherwise **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on September 6, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record