UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-cv-20712-RKA-LMR

PENINSULA PETROLEUM LIMITED,

    Plaintiff,

v.

CI INTERNATIONAL FUELS LLC,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff PENINSULA PETROLEUM LIMITED, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismisses this action WITHOUT PREJUDICE as to all claims, causes of action, and parties.

Dated: February 10, 2025

    Respectfully submitted,

    By: /s/ Evan S. Gutwein
    HAMILTON, MILLER, & BIRTHISEL LLP
    Jerry D. Hamilton (FBN 970700)
    jhamilton@hamiltonmillerlaw.com
    Evan S. Gutwein (FBN 58741)
    egutwein@hamiltonmillerlaw.com
    150 S.E. Second Avenue, Suite 1200
    Miami, Florida 33131
    (305) 379-3686 (telephone)
    (305) 279-3690 (facsimile)
    *Attorneys for Plaintiff*

    -and-

    ZEILER FLOYD ZADKOVICH (US) LLP
    Luke Zadkovich, Esq.
    luke.zadkovich@zeilerfloydzad.com
    (Admitted *Pro Hac Vice*)


Joseph Johnson, Esq.
joe.johnson@zeilerfloydzad.com
(Admitted *Pro Hac Vice*)
33 East 33rd Street, Suite 905
New York, NY 10016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

By: /s/ Evan S. Gutwein

## SERVICE LIST

| DILICAN LAW FIRM, P.A.<br>Lori Dilican<br>ldilican@dilicanlaw.com<br>8050 SW 72nd Ave. Apt. No. 2307<br>Miami, FL 33143<br>Tel. No. (561) 951-9612<br>***Attorneys for Defendant*** | HAMILTON, MILLER, & BIRTHISEL LLP<br>Evan S. Gutwein (FBN 58741)<br>egutwein@hamiltonmillerlaw.com<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 33131<br>(305) 379-3686 (telephone)<br>(305) 279-3690 (facsimile)<br>*Attorneys for Plaintiff*<br><br>ZEILER FLOYD ZADKOVICH (US) LLP<br>Luke Zadkovich, Esq.<br>Luke.zadkovich@zeilerfloydzad.com<br>(Admitted *Pro Hac Vice*)<br>Joseph Johnson, Esq.<br>joe.johnson@zeilerfloydzad.com<br>(Admitted *Pro Hac Vice*)<br>215 Park Avenue, 11th Floor<br>New York, NY 100003<br>(917) 375-9511<br>*Attorneys for Plaintiff* |
|---|---|